**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter **11**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **E&M Bindery, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **22-2624866** |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11 Peekay Drive** <br> **Clifton, NJ 07014** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Passaic** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) **embindery.com**

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **E&M Bindery, Inc.**                                                         Case number (*if known*)
_____
Name

**7.    Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

                3230

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**        *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **E&M Bindery, Inc.**                                Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | _____ |
| District | _____ |

| | |
|---|---|
| Relationship | _____ |
| When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Note: In row 1, column 2 ($1,000,001 - $10 million) is marked ■.

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor      **E&M Bindery, Inc.**                                    Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | **E&M Bindery, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 21, 2025**
MM / DD / YYYY

**X /s/ Gary Markovits**                                  **Gary Markovits**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ David Edelberg**                    Date    **November 21, 2025**
Signature of attorney for debtor                            MM / DD / YYYY

**David Edelberg**
Printed name

**Scarinci Hollenbeck**
Firm name

**150 Clove Road
Little Falls, NJ 07424**
Number, Street, City, State & ZIP Code

Contact phone    **201-896-4100**        Email address    **dedelberg@sh-law.com**

**022381983 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **E&M Bindery, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **November 21, 2025**          X **/s/ Gary Markovits**
                                                    Signature of individual signing on behalf of debtor

                                                 **Gary Markovits**
                                                    Printed name

                                                 **President**
                                                    Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **E&M Bindery, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Apple Corrugated Box 1 Passaic Street, Unit 76 Wood Ridge, NJ 07075** | | | | | | **$10,803.50** |
| **Constellation New Energy P.O. Box 4640 Carol Stream, IL 60197** | | | | | | **$81,546.57** |
| **Creative Laminating, Inc. P.O. Box 22792 New York, NY 10087** | | | | | | **$10,487.00** |
| **Die-Tech, LLC 58 McKinley Street Hackensack, NJ 07601** | | | | | | **$24,825.00** |
| **Gary Markovits c/o E&M Bindery 11 Peekay Drive Clifton, NJ 07014** | | **loans** | | | | **$590,507.00** |
| **Horizon Blue Cross Blue Shield of NJ P.O. Box 10130 Newark, NJ 07101-3130** | | | | | | **$76,712.43** |
| **Internal Revenue Service PO Box 744 Springfield, NJ 07081** | | | **Unliquidated Disputed** | **$160,000.00** | **$0.00** | **$160,000.00** |
| **Lanco Adhesives Inc. 1723 Ginesi Drive Freehold, NJ 07728** | | | | | | **$20,559.12** |

| Debtor | **E&M Bindery, Inc.** | | | Case number *(if known)* | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mode Transportation LLC 2701 E. Grauwyler Rd., Bldg. 1 Attn: Lockbox Operations Box 654371 Dallas, TX 75265-4371 | | | | | | **$11,555.00** |
| Muller Martini Corp. P.O. Box 787196 Philadelphia, PA 19178-7196 | | | | | | **$25,611.07** |
| New Jersey Door Works, LLC 689 Ramsey Avenue Hillside, NJ 07205 | | | | | | **$10,753.39** |
| Nordson Corporation P.O. Box 802586 Chicago, IL 60680-2586 | | | | | | **$29,447.60** |
| Occupational Safety and Health Admin 500 Rt. 17 South, 2nd Floor Hasbrouck Heights, NJ 07604 | | | | | | **$16,369.99** |
| PSE&G P.O. Box 14101 New Brunswick, NJ 08906 | | | | | | **$67,999.08** |
| Quality Films Co., Inc. 500 Hillside Ave. Hillside, NJ 07205 | | | | | | **$25,360.25** |
| Spiral Binding, LLC c/o City National Bank P.O. Box 527823 Miami, FL 33152 | | | | | | **$64,381.27** |
| Talon Mailing & Marketing, Inc. 561 Acorn St., Unit R Deer Park, NY 11729 | | | | | | **$11,040.13** |
| Tony D Trucking, LLC 125 Sterling Avenue Jersey City, NJ 07305 | | | | | | **$10,450.00** |

Debtor  **E&M Bindery, Inc.**                                        Case number *(if known)* _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WEA Enterprises Co., Inc. 740 Broadway, Ste. 1203 New York, NY 10003** | | | | | | **$231,848.37** |
| **Weinberg, Lieberman & Co., Inc. 155 Passaic Ave., Suite 420 Fairfield, NJ 07004-3562** | | | | | | **$41,351.56** |

**Fill in this information to identify the case:**

Debtor name    **E&M Bindery, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

<table>
<tr><td colspan="3"><strong>Part 1:   Summary of Assets</strong></td></tr>
</table>

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................................ $           **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................... $     **2,744,279.43**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................................... $     **2,744,279.43**

---

<table>
<tr><td><strong>Part 2:   Summary of Liabilities</strong></td></tr>
</table>

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **1,120,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $           **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **1,503,698.63**

4. **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b

   $     **2,623,698.63**

**Fill in this information to identify the case:**

Debtor name  **E&M Bindery, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **PNC Bank, N.A.** | **operating** | 4136 | $16,811.88 |
| 3.2. | **PNC Bank** | **credit card account** | 6441 | $207.61 |
| 3.3. | **PNC Bank** | **Payroll** | 9084 | $25,000.00 |
| 3.4. | **PNC Bank** | **money market** | 2952 | $18,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
$60,019.49

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Debtor     **E&M Bindery, Inc.**_____     Case number *(If known)* _____
                  Name

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

       7.1.  **WEA Enterprises - Landlord** _____     $48,150.94

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                              | $48,150.94 |
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11b. Over 90 days old:   **1,318,562.00**  -   **178,953.00**  =....    **$1,139,609.00**
                                face amount           doubtful or uncollectible accounts

12.    **Total of Part 3.**                                              | $1,139,609.00 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | **Raw materials** **inventory, raw materials** | | **Unknown** | | **$20,000.00** |
| 20. | **Work in progress** **work in process** | | **$0.00** | | **$70,000.00** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

23.    **Total of Part 5.**                                             | $90,000.00 |
       Add lines 19 through 22.  Copy the total to line 84.

Debtor    **E&M Bindery, Inc.** _____    Case number *(If known)* _____
            Name

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software**<br>Approx 12 desktop computers | Unknown | N/A | $6,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                    | $6,000.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. Does the debtor own or lease any machinery, equipment, or vehicles?

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

Debtor **E&M Bindery, Inc.** _____  Case number _(If known)_ _____

Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Machinery and equipment** | **$0.00** | **Liquidation** | **$1,400,500.00** |

48. **Watercraft, trailers, motors, and related accessories** _Examples:_ Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8.**                                                               **$1,400,500.00**

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
 ■ No
 ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

 ☐ No.  Go to Part 10.
 ■ Yes Fill in the information below.

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **lease of 11 Peekay<br>Drive, Clifton, NJ** | **tenant** | **$0.00** | | **Unknown** |

56. **Total of Part 9.**                                                               **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
 ■ No
 ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
 ■ No

Debtor    **E&M Bindery, Inc.**_____    Case number *(If known)* _____
       Name

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **E&M Bindery, Inc.**_____    Case number *(If known)* _____
    Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$60,019.49** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$48,150.94** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$1,139,609.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | **$90,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$6,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,400,500.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$2,744,279.43** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$2,744,279.43** |

**Fill in this information to identify the case:**

Debtor name __**E&M Bindery, Inc.**_____

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.1** | **Internal Revenue Service**
Creditor's Name

Describe debtor's property that is subject to a lien

**$160,000.00** | **$0.00**

**PO Box 744
Springfield, NJ 07081**
Creditor's mailing address

Describe the lien
**IRS Lien file August 2025**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

**2.2** | **Milberg Factors**
Creditor's Name

Describe debtor's property that is subject to a lien
**accounts receivable, inventory and equipment**

**$960,000.00** | **$2,520,000.00**

**99 Park Ave
New York, NY 10016**
Creditor's mailing address

Describe the lien
**accounts receivable and equipment**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor  **E&M Bindery, Inc.**                                          Case number (if known)
        Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $1,120,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Otterbourg**<br>**230 Park Avenue South**<br>**Attn: Michael Wenger, Esq**<br>**New York, NY 10169-0075** | Line __2.2__ | |
| **Otterbourg**<br>**230 Park Avenue South**<br>**Attn: Jonathan N. Helfat, Esq**<br>**New York, NY 10169-0075** | Line __2.2__ | |
| **Otterbourg**<br>**230 Park Avenue South**<br>**Attn: Daniel Fiorillo, Esq**<br>**New York, NY 10169-0075** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name    **E&M Bindery, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**ABC Amega**<br>**500 Seneca Street, Ste 400**<br>**Buffalo, NY 14204**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$600.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Addressing Machine & Supply Co**<br>**1290 Central Ave.**<br>**Hillside, NJ 07205**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,183.10** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**ADP**<br>**P.O. Box 842875**<br>**Boston, MA 02284-2875**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,284.33** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Allegro Sanitation Corp.**<br>**P.O. Box 2615**<br>**Secaucus, NJ 07096**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | E&M Bindery, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Express**
**PO Box 981537**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _4009_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Express**
**PO Box 981537**
**El Paso, TX 79998**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,673.85**

**Anthem Propane Exchange Inc.**
**P.O. Box 981045**
**Boston, MA 02298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,803.50**

**Apple Corrugated Box**
**1 Passaic Street, Unit 76**
**Wood Ridge, NJ 07075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$719.92**

**B&R Moll, Inc.**
**744 Nina Way**
**Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,410.29**

**Balemaster**
**980 Crown Court**
**Crown Point, IN 46307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,209.60**

**Buckeye Business Products**
**3830 Kelley Ave.**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **E&M Bindery, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95.79** |
|---|---|---|---|

**Cangro Industries Inc.**
**295 Crooks Ave.**
**Clifton, NJ 07011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,467.57** |
|---|---|---|---|

**Canon Financial Services, Inc.**
**158 Gaither Dr.**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$149.26** |
|---|---|---|---|

**Cartridge World**
**580 Valley Road, 2nd Floor**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,665.93** |
|---|---|---|---|

**CITO USA Northeast, Inc.**
**481 Roxbury Road**
**Southbury, CT 06488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Colter & Peterson Inc.**
**19 Fairfield Place**
**Caldwell, NJ 07006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Complete Hand Assembly & Finishing, Inc.**
**500 East Luzerne Street**
**Philadelphia, PA 19124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,546.57** |
|---|---|---|---|

**Constellation New Energy**
**P.O. Box 4640**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **E&M Bindery, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,487.00**

**Creative Laminating, Inc.**
**P.O. Box 22792**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Crown Lift Trucks**
**P.O. Box 641173**
**Cincinnati, OH 45264-1173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Delivery 911**
**8368 Langdon St.**
**Philadelphia, PA 19152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,825.00**

**Die-Tech, LLC**
**58 McKinley Street**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,989.00**

**Dienamic MIS Software**
**653 Geneva Street**
**St. Catharines, ON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dietech Services, LLC**
**P.O. Box 641**
**Nutley, NJ 07110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**Direct Printing Impressions**
**33 Fairfield Place**
**Caldwell, NJ 07006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **E&M Bindery, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.26** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**DOT Compliance Group LLC**
**P.O. Box 5090**
**Tyler, TX 75712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Duraco Specialty Tapes LLC**
**P.O. Box 1417**
**Carol Stream, IL 60132-1417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | **$4,915.99**

**Echo Global Logistics Inc.**
**600 West Chicago Avenue**
**Suite 830**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | **$3,002.00**

**Eric Markovits**
**20 Rabkin Drive**
**Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | **$993.06**

**Federal Express**
**P.O. Box 371461**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | **$590,507.00**

**Gary Markovits**
**c/o E&M Bindery**
**11 Peekay Drive**
**Clifton, NJ 07014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **loans**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | **$1,155.12**

**Glue Machinery Corp.**
**4234 Boston Street**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | E&M Bindery, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,263.00**

**Gradius IT Solutions**
**0-132 Yerger Rd.**
**Fair Lawn, NJ 07410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,799.02**

**Heidelberg USA, Inc**
**1000 Gutenberg Drive**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,712.43**

**Horizon Blue Cross Blue Shield of NJ**
**P.O. Box 10130**
**Newark, NJ 07101-3130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00**

**Hummel Printing**
**850 Springfield Rd.**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,921.09**

**Impulse Courier Service, Inc.**
**628 Route 10 West**
**Whippany, NJ 07981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Internal Revenue Service**
**PO Box 744**
**Springfield, NJ 07081**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **tax lien filed August 2025**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,448.00**

**J&J Pallet LLC**
**26 Carmen Court**
**Newark, NJ 07105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **E&M Bindery, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,779.93 |
|---|---|---|---|

**J.L. Lawson**
**301 N. Black Horse Pike**
**Williamstown, NJ 08094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,132.48 |
|---|---|---|---|

**Lahara Pest, LLC**
**50E Asbury Anderson Rd.**
**Washington, NJ 07882**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,632.17 |
|---|---|---|---|

**Lake Image Systems, Inc.**
**205 Summit Point Drive, Suite 2**
**Henrietta, NY 14467**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,559.12 |
|---|---|---|---|

**Lanco Adhesives Inc.**
**1723 Ginesi Drive**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Liberty Capital Group, Inc.**
**5403 Olympic Drive NW Ste 200**
**Gig Harbor, WA 98335**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **equipment leases**

**Last 4 digits of account number** **0023;4183**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,426.18 |
|---|---|---|---|

**Mailtech Mailing Systems, Inc.**
**625A Acorn Street**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.56 |
|---|---|---|---|

**MBO America/Transworld**
**4 E. Stow Road, Suite 12**
**Marlton, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **E&M Bindery, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$983.12**

**McIntire Business Products**
128 Hall Street
Suite K
Concord, NH 03301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Miner, Ltd.**
689 Ramsey Avenue
Hillside, NJ 07205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,555.00**

**Mode Transportation LLC**
2701 E. Grauwyler Rd., Bldg. 1
Attn: Lockbox Operations Box 654371
Dallas, TX 75265-4371

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,611.07**

**Muller Martini Corp.**
P.O. Box 787196
Philadelphia, PA 19178-7196

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,753.39**

**New Jersey Door Works, LLC**
689 Ramsey Avenue
Hillside, NJ 07205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,447.60**

**Nordson Corporation**
P.O. Box 802586
Chicago, IL 60680-2586

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,369.99**

**Occupational Safety and Health Admin**
500 Rt. 17 South, 2nd Floor
Hasbrouck Heights, NJ 07604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **E&M Bindery, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**Ongweoweh Corp.**
**P.O. Box 3300**
**Ithaca, NY 14852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,840.00 |
|---|---|---|---|

**Orbit Electrical Services Corp.**
**250 Union Avenue**
**Moonachie, NJ 07074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,385.00 |
|---|---|---|---|

**PDF Packaging, LLC**
**93 Essex Avenue**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,655.74 |
|---|---|---|---|

**Penske Truck Leasing Co., L.P.**
**P.O. Box 827380**
**Philadelphia, PA 19182-7380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,565.61 |
|---|---|---|---|

**Perfect Communications**
**1533 Glen Ave.**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,621.18 |
|---|---|---|---|

**Power Lines, Inc.**
**21 Curie Ave.**
**Wallington, NJ 07057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,488.06 |
|---|---|---|---|

**President Industrial Products, LLC**
**200 W. Commercial Ave.**
**Moonachie, NJ 07074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **E&M Bindery, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,991.00** |
|---|---|---|---|

**Prime Packaging**
**1290 Metropolitan Ave.**
**Brooklyn, NY 11237**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67,999.08** |
|---|---|---|---|

**PSE&G**
**P.O. Box 14101**
**New Brunswick, NJ 08906**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,360.25** |
|---|---|---|---|

**Quality Films Co., Inc.**
**500 Hillside Ave.**
**Hillside, NJ 07205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$490.50** |
|---|---|---|---|

**Robert Karabin Co., Inc.**
**P.O. Box 893**
**Belmar, NJ 07719**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,628.75** |
|---|---|---|---|

**Rochester 100 Inc.**
**P.O. Box 92801**
**Rochester, NY 14692**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,905.43** |
|---|---|---|---|

**Ryder**
**2333 Ponce de Leon Blvd.**
**Suite 700**
**Miami, FL 33134**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,766.21** |
|---|---|---|---|

**Scarinci & Hollenbeck LLC**
**150 Clove Road, 9th Floor**
**Little Falls, NJ 07424**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **E&M Bindery, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00**

**Shawnee Trucking Company**
**50 Somerset Place**
**Clifton, NJ 07012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Sir Lancellot**
**P.O. Box 67**
**Essington, PA 19029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64,381.27**

**Spiral Binding, LLC**
**c/o City National Bank**
**P.O. Box 527823**
**Miami, FL 33152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**State of New Jersey**
**Division of Taxation/Bankruptcy Section**
**PO Box 248**
**Trenton, NJ 08695**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**State of New Jersey**
**Dept. of Labor and Workforce Development**
**P.O. Box 399**
**Trenton, NJ 08625**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**State of New York**
**Department of Taxation and Finance**
**Bankruptcy Section**
**PO Box 500**
**Albany, NY 12205-0300**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66.88**

**Steven Schechtman**
**28 Silver Charm Road**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **E&M Bindery, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,162.56**

**Supply One NY**
**1090 Thomas Bush Memorial Hwy**
**Attn: Leigh Mandel**
**Pennsauken, NJ 08110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,040.13**

**Talon Mailing & Marketing, Inc.**
**561 Acorn St., Unit R**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,563.00**

**The Huntington National Bank**
**P.O. Box 77077**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,450.00**

**Tony D Trucking, LLC**
**125 Sterling Avenue**
**Jersey City, NJ 07305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**Total Quality Logistics**
**P.O. Box 634558**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,648.82**

**Trenton Corrugated Products**
**17 Chelten Way**
**Trenton, NJ 08638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,675.60**

**Tri State Knife Grinding**
**3 South Gold Drive**
**Trenton, NJ 08691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | E&M Bindery, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Trinity Laser, Inc.**
**35 Broad Street**
**Carlstadt, NJ 07072**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,157.70**

**Trinity Packaging Supply**
**P.O. Box 22600**
**New York, NY 10087-2600**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

**UCAR Trucking**
**11 Chesapeak Ave.**
**Lake Hiawatha, NJ 07034**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$626.09**

**ULINE**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,679.46**

**Unishippers**
**P.O. Box 677**
**Rockaway, NJ 07866**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$282.85**

**Verizon Wireless**
**1095 6th Ave**
**New York, NY 10036**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,221.70**

**W.B. Mason Company Inc.**
**P.O. Box 981101**
**Boston, MA 02298-1101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **E&M Bindery, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231,848.37 |
|---|---|---|---|

**WEA Enterprises Co., Inc.**
**740 Broadway, Ste. 1203**
**New York, NY 10003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,351.56 |
|---|---|---|---|

**Weinberg, Lieberman & Co., Inc.**
**155 Passaic Ave., Suite 420**
**Fairfield, NJ 07004-3562**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.80 |
|---|---|---|---|

**YRC Freight**
**2627 State Rd.**
**Bensalem, PA 19020**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Z&E Mechanic, Inc.**
**281 Lincoln Avenue**
**Secaucus, NJ 07094**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Trust Altus**<br>**2121 Airline Drive, Ste 520**<br>**Metairie, LA 70001** | Line **3.70**<br><br>☐ Not listed. Explain ____ | **3359** |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,503,698.63 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,503,698.63 |

**Fill in this information to identify the case:**

Debtor name  **E&M Bindery, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Trimmer**<br><br>State the term remaining — **term ending 02/08/2030**<br><br>List the contract number of any government contract | **Canon Financial Services, Inc.**<br>**158 Gaither Dr.**<br>**Mount Laurel, NJ 08054** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Non-Canon Industrial Machinery**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Canon Financial Services, Inc.**<br>**158 Gaither Drive, Ste 200**<br>**Mount Laurel, NJ 08054** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Bottom Feeder 40 inch**<br><br>State the term remaining<br><br>List the contract number of any government contract | **CHTD Company**<br>**PO Box 2576**<br>**Springfield, IL 62708** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Freight liner truck**<br><br>State the term remaining — **term ended 07/01/2024**<br><br>List the contract number of any government contract | **Daimler Truck Financial Services**<br>**4555 North Channel Avenue**<br>**Portland, OR 97217** |

Debtor 1  **E&M Bindery, Inc.**                                                                Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **B&R Moll botton friction feeder - $8,386 due.** | |
| --- | --- | --- | --- |
| | State the term remaining | **January 2026** | **First Citizens Bank**<br>**239 Fayetteville St.**<br>**Raleigh, NC 27601** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **balance due $906.25** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Great America Financial Leasing Services**<br>**625 1st Street SE**<br>**Suite 800**<br>**Cedar Rapids, IA 52401** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **1998 Bobcat SP Die Cutter - $110,011 due.** | |
| --- | --- | --- | --- |
| | State the term remaining | **June 2028** | **Huntinton National Bank**<br>**11100Wayzata Blvd, Ste 700**<br>**Minnetonka, MN 55305** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Air Compressor - $7,425 due** | |
| --- | --- | --- | --- |
| | State the term remaining | **term ends 01/30/2029** | **Leaf Capital Funding**<br>**1 Commerce Square**<br>**2005 Market St.**<br>**Philadelphia, PA 19103** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Yealink T Series Phone - balance due $782.30** | |
| --- | --- | --- | --- |
| | State the term remaining | **term ending 07/14/2028** | **Leaf Capital Funding**<br>**1 Commerce Square**<br>**2005 Market St.**<br>**Philadelphia, PA 19103** |
| | List the contract number of any government contract | | |

Debtor 1    **E&M Bindery, Inc.**                                                     Case number (*if known*) _____
       First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Cooler. balance due $95.79** |
|     State the term remaining | **Leaf Capital Funding** |
|     List the contract number of any government contract | **1 Commerce Square 2005 Market St. Philadelphia, PA 19103** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **New Discovery Perfect Binder Verification System, New Discovery Saddle Stitcher Verification System, New Discovery Read Write System. balance due $8,537.75** |
|     State the term remaining | **Liberty Capital Group Inc.** |
|     List the contract number of any government contract | **45 Carey Avenue, Ste 200 Butler, NJ 07405** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | **M&T Capital and Leasing Corp** |
|     List the contract number of any government contract | **850 Main Street, BC-03 Bridgeport, CT 06604** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Primera Stitcher - balance due $41,464** |
|     State the term remaining | **term ended September 2025** |
|     List the contract number of any government contract | **Midland Equipment Finance 7700 Bonhomme Ave Saint Louis, MO 63105** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **New Hawk M6 UV ink printer - balance due $36,364** |
|     State the term remaining | **sept 2025** |
|     List the contract number of any government contract | **TCF National Bank 11100 Wayzata Blvd, Ste 801 Minnetonka, MN 55305** |

Debtor 1    **E&M Bindery, Inc.**                                          Case number (*if known*) _____
         First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.15.  State what the contract or lease is for and the nature of the debtor's interest — **equipment**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Viking Fibres, Inc.**<br>**Neshaminy Plaza II**<br>**3070 Bristol Pike**<br>**Bensalem, PA 19020** |
| 2.16.  State what the contract or lease is for and the nature of the debtor's interest — **Lease of 93 Entin Road (a/k/a 11 Peekay Drive), Clifton, NJ 07014**<br><br>State the term remaining<br><br>List the contract number of any government contract | **WEA Enterprises Co., Inc.**<br>**c/o James P. Bruno, Esq.**<br>**7 Giralda Farms, Suite 170G**<br>**Madison, NJ 07940** |

**Fill in this information to identify the case:**

Debtor name   **E&M Bindery, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Gary Markovits** | **11 Peekay Drive**<br>**Clifton, NJ 07014** | **Milberg Factors** | ■ D   **2.2**____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Gary Markovits** | **c/o E&M Bindery**<br>**11 Peekay Drive**<br>**Clifton, NJ 07014** | **American Express** | ☐ D _____<br>■ E/F   **3.6**____<br>☐ G _____ |

| Fill in this information to identify the case: |
|---|

Debtor name      **E&M Bindery, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,006,717.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$8,781,619.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$8,445,931.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | **Insure Proceeds from Hanover Insurance** | **$179,000.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | **Sale of Equipment** | **$22,500.00** |

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **E&M Bindery, Inc.** | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **WEA Enterprises v E&M Bindery** | **Landlord Tenant** | **Superior Court, Passaic County 77 Hamilton Street Paterson, NJ** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **ConstellationNewEnergy v E&M Bindery PAS-L-875-25** | | **Superior Court 77 Hamilton Street Paterson, NJ 07505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | **E&M Bindery, Inc.** | Case number *(if known)* | |
|---|---|---|---|

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Scarinci & Hollenbeck LLC**<br>**150 Clove Road, 9th Floor**<br>**Little Falls, NJ 07424** | **$1,237.50** | **Augustl 25, 2025** | **$1,237.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Scarinci & Hollenbeck LLC**<br>**150 Clove Road, 9th Floor**<br>**Little Falls, NJ 07424** | **$1,250** | **January 14, 2025** | **$1,250.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **E&M Bindery, Inc.** | Case number *(if known)* | _____ |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Scarinci & Hollenbeck LLC**<br>**150 Clove Road, 9th Floor**<br>**Little Falls, NJ 07424**<br><br>$950 | | **April 14, 2025** | **$950.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Scarinci & Hollenbeck LLC**<br>**150 Clove Road, 9th Floor**<br>**Little Falls, NJ 07424** | | **September 26, 2025** | **$7,815.47** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **E&M Bindery, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank**<br>**955 Clifton Ave**<br>**Clifton, NJ 07014** | **XXXX-8537** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2024** | **$4,817.52** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **E&M Bindery, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **E&M Bindery, Inc.**                                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Laura Rodriguez Caprio**<br>**11 Peekay Drive**<br>**Clifton, NJ 07014** | **October 2023 to November 2025** |
| 26a.2. **Weinberg, Lieberman & Co., Inc.**<br>**155 Passaic Ave., Suite 420**<br>**Fairfield, NJ 07004-3562** | **May 2018 to date** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Milberg Factors (Mark Neddermeyer, CPA)**<br>**99 Park Ave**<br>**New York, NY 10016** | **August 2025** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Weinberg, Lieberman & Co., Inc.**<br>**155 Passaic Ave., Suite 420**<br>**Fairfield, NJ 07004-3562** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Weinberg, Lieberman & Co., Inc.**<br>**155 Passaic Ave., Suite 420**<br>**Fairfield, NJ 07004-3562** | |
| 26c.2. **Milberg Factors**<br>**99 Park Ave**<br>**New York, NY 10016** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Excel Capital Management**<br>**75 Maiden Lane, Ste 202**<br>**New York, NY 10038** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

Debtor    **E&M Bindery, Inc.**                                    Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Joseph Finn Co., Inc.** | **June 2025** | **$1,015,500 - Forced Liquidation, $1,395,650 - Orderly Liquidation and $1,795,000 - Fair market value.** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **E&M Bindery**<br>**11 Peekay Drive**<br>**Clifton, NJ 07014** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gary Markovits** | **11 Peekay Drive**<br>**Clifton, NJ 07014** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Gary Markovits**<br>**11 Peekay Drive**<br>**Clifton, NJ 07014** | **$3500/week salary** | | **compensation** |
| | Relationship to debtor<br>**President, sole shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

Debtor  **E&M Bindery, Inc.**                                        Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **401 (k) plan administered by ADP** | **EIN:** |

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 21, 2025**

**/s/ Gary Markovits**                                          **Gary Markovits**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re  **E&M Bindery, Inc.**                                                    Case No.
                                    Debtor(s)                     Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 21, 2025**                              **/s/ David Edelberg**
*Date*                                               **David Edelberg**
                                                  *Signature of Attorney*
                                                  **Scarinci Hollenbeck**
                                                  **150 Clove Road**
                                                  **Little Falls, NJ 07424**
                                                  **201-896-4100**
                                                  **dedelberg@sh-law.com**
                                                  *Name of law firm*

## United States Bankruptcy Court
### District of New Jersey

In re **E&M Bindery, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gary Markovits<br>c/o E&M Bindery<br>11 Peekay Drive<br>Clifton, NJ 07014** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 21, 2025**

Signature  **/s/ Gary Markovits**

**Gary Markovits**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of New Jersey**

In re    **E&M Bindery, Inc.**

Case No.

Debtor(s)    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 21, 2025**

**/s/ Gary Markovits**

**Gary Markovits/President**
Signer/Title

.

ABC Amega
500 Seneca Street, Ste 400
Buffalo, NY 14204


Addressing Machine & Supply Co
1290 Central Ave.
Hillside, NJ 07205


ADP
P.O. Box 842875
Boston, MA 02284-2875


Allegro Sanitation Corp.
P.O. Box 2615
Secaucus, NJ 07096


American Express
PO Box 981537
El Paso, TX 79998


Anthem Propane Exchange Inc.
P.O. Box 981045
Boston, MA 02298


Apple Corrugated Box
1 Passaic Street, Unit 76
Wood Ridge, NJ 07075


B&R Moll, Inc.
744 Nina Way
Warminster, PA 18974


Balemaster
980 Crown Court
Crown Point, IN 46307


Buckeye Business Products
3830 Kelley Ave.
Cleveland, OH 44114


Cangro Industries Inc.
295 Crooks Ave.
Clifton, NJ 07011

Canon Financial Services, Inc.
158 Gaither Drive, Ste 200
Mount Laurel, NJ 08054


Cartridge World
580 Valley Road, 2nd Floor
Wayne, NJ 07470


CHTD Company
PO Box 2576
Springfield, IL 62708


CITO USA Northeast, Inc.
481 Roxbury Road
Southbury, CT 06488


Colter & Peterson Inc.
19 Fairfield Place
Caldwell, NJ 07006


Complete Hand Assembly & Finishing, Inc.
500 East Luzerne Street
Philadelphia, PA 19124


Constellation New Energy
P.O. Box 4640
Carol Stream, IL 60197


Creative Laminating, Inc.
P.O. Box 22792
New York, NY 10087


Crown Lift Trucks
P.O. Box 641173
Cincinnati, OH 45264-1173


Daimler Truck Financial Services
4555 North Channel Avenue
Portland, OR 97217


Delivery 911
8368 Langdon St.
Philadelphia, PA 19152

Die-Tech, LLC
58 McKinley Street
Hackensack, NJ 07601


Dienamic MIS Software
653 Geneva Street
St. Catharines, ON


Dietech Services, LLC
P.O. Box 641
Nutley, NJ 07110


Direct Printing Impressions
33 Fairfield Place
Caldwell, NJ 07006


DOT Compliance Group LLC
P.O. Box 5090
Tyler, TX 75712


Duraco Specialty Tapes LLC
P.O. Box 1417
Carol Stream, IL 60132-1417


Echo Global Logistics Inc.
600 West Chicago Avenue
Suite 830
Chicago, IL 60610


Eric Markovits
20 Rabkin Drive
Clifton, NJ 07013


Federal Express
P.O. Box 371461
Pittsburgh, PA 15250-7461


First Citizens Bank
239 Fayetteville St.
Raleigh, NC 27601


Gary Markovits
c/o E&M Bindery
11 Peekay Drive
Clifton, NJ 07014

Glue Machinery Corp.
4234 Boston Street
Baltimore, MD 21224


Gradius IT Solutions
0-132 Yerger Rd.
Fair Lawn, NJ 07410


Great America Financial Leasing Services
625 1st Street SE
Suite 800
Cedar Rapids, IA 52401


Heidelberg USA, Inc
1000 Gutenberg Drive
Kennesaw, GA 30144


Horizon Blue Cross Blue Shield of NJ
P.O. Box 10130
Newark, NJ 07101-3130


Hummel Printing
850 Springfield Rd.
Union, NJ 07083


Huntinton National Bank
11100Wayzata Blvd, Ste 700
Minnetonka, MN 55305


Impulse Courier Service, Inc.
628 Route 10 West
Whippany, NJ 07981


Internal Revenue Service
PO Box 744
Springfield, NJ 07081


J&J Pallet LLC
26 Carmen Court
Newark, NJ 07105


J.L. Lawson
301 N. Black Horse Pike
Williamstown, NJ 08094

Lahara Pest, LLC
50E Asbury Anderson Rd.
Washington, NJ 07882


Lake Image Systems, Inc.
205 Summit Point Drive, Suite 2
Henrietta, NY 14467


Lanco Adhesives Inc.
1723 Ginesi Drive
Freehold, NJ 07728


Leaf Capital Funding
1 Commerce Square
2005 Market St.
Philadelphia, PA 19103


Liberty Capital Group Inc.
45 Carey Avenue, Ste 200
Butler, NJ 07405


Liberty Capital Group, Inc.
5403 Olympic Drive NW Ste 200
Gig Harbor, WA 98335


M&T Capital and Leasing Corp
850 Main Street, BC-03
Bridgeport, CT 06604


Mailtech Mailing Systems, Inc.
625A Acorn Street
Deer Park, NY 11729


MBO America/Transworld
4 E. Stow Road, Suite 12
Marlton, NJ 08053


McIntire Business Products
128 Hall Street
Suite K
Concord, NH 03301


Midland Equipment Finance
7700 Bonhomme Ave
Saint Louis, MO 63105

Milberg Factors
99 Park Ave
New York, NY 10016


Miner, Ltd.
689 Ramsey Avenue
Hillside, NJ 07205


Mode Transportation LLC
2701 E. Grauwyler Rd., Bldg. 1
Attn: Lockbox Operations Box 654371
Dallas, TX 75265-4371


Muller Martini Corp.
P.O. Box 787196
Philadelphia, PA 19178-7196


New Jersey Door Works, LLC
689 Ramsey Avenue
Hillside, NJ 07205


Nordson Corporation
P.O. Box 802586
Chicago, IL 60680-2586


Occupational Safety and Health Admin
500 Rt. 17 South, 2nd Floor
Hasbrouck Heights, NJ 07604


Ongweoweh Corp.
P.O. Box 3300
Ithaca, NY 14852


Orbit Electrical Services Corp.
250 Union Avenue
Moonachie, NJ 07074


Otterbourg
230 Park Avenue South
Attn: Michael Wenger, Esq
New York, NY 10169-0075

Otterbourg
230 Park Avenue South
Attn: Jonathan N. Helfat, Esq
New York, NY 10169-0075


PDF Packaging, LLC
93 Essex Avenue
Bloomfield, NJ 07003


Penske Truck Leasing Co., L.P.
P.O. Box 827380
Philadelphia, PA 19182-7380


Perfect Communications
1533 Glen Ave.
Moorestown, NJ 08057


Power Lines, Inc.
21 Curie Ave.
Wallington, NJ 07057


President Industrial Products, LLC
200 W. Commercial Ave.
Moonachie, NJ 07074


Prime Packaging
1290 Metropolitan Ave.
Brooklyn, NY 11237


PSE&G
P.O. Box 14101
New Brunswick, NJ 08906


Quality Films Co., Inc.
500 Hillside Ave.
Hillside, NJ 07205


Robert Karabin Co., Inc.
P.O. Box 893
Belmar, NJ 07719


Rochester 100 Inc.
P.O. Box 92801
Rochester, NY 14692

Ryder
2333 Ponce de Leon Blvd.
Suite 700
Miami, FL 33134


Scarinci & Hollenbeck LLC
150 Clove Road, 9th Floor
Little Falls, NJ 07424


Shawnee Trucking Company
50 Somerset Place
Clifton, NJ 07012


Sir Lancellot
P.O. Box 67
Essington, PA 19029


Spiral Binding, LLC
c/o City National Bank
P.O. Box 527823
Miami, FL 33152


State of New Jersey
Division of Taxation/Bankruptcy Section
PO Box 248
Trenton, NJ 08695


State of New Jersey
Dept. of Labor and Workforce Development
P.O. Box 399
Trenton, NJ 08625


State of New York
Department of Taxation and Finance
Bankruptcy Section
PO Box 500
Albany, NY 12205-0300


Steven Schechtman
28 Silver Charm Road
Freehold, NJ 07728


Supply One NY
1090 Thomas Bush Memorial Hwy
Attn: Leigh Mandel
Pennsauken, NJ 08110

Talon Mailing & Marketing, Inc.
561 Acorn St., Unit R
Deer Park, NY 11729


TCF National Bank
11100 Wayzata Blvd, Ste 801
Minnetonka, MN 55305


The Huntington National Bank
P.O. Box 77077
Minneapolis, MN 55480


Tony D Trucking, LLC
125 Sterling Avenue
Jersey City, NJ 07305


Total Quality Logistics
P.O. Box 634558
Cincinnati, OH 45263


Trenton Corrugated Products
17 Chelten Way
Trenton, NJ 08638


Tri State Knife Grinding
3 South Gold Drive
Trenton, NJ 08691


Trinity Laser, Inc.
35 Broad Street
Carlstadt, NJ 07072


Trinity Packaging Supply
P.O. Box 22600
New York, NY 10087-2600


Trust Altus
2121 Airline Drive, Ste 520
Metairie, LA 70001


UCAR Trucking
11 Chesapeak Ave.
Lake Hiawatha, NJ 07034

ULINE
P.O. Box 88741
Chicago, IL 60680-1741


Unishippers
P.O. Box 677
Rockaway, NJ 07866


Verizon Wireless
1095 6th Ave
New York, NY 10036


Viking Fibres, Inc.
Neshaminy Plaza II
3070 Bristol Pike
Bensalem, PA 19020


W.B. Mason Company Inc.
P.O. Box 981101
Boston, MA 02298-1101


WEA Enterprises Co., Inc.
740 Broadway, Ste. 1203
New York, NY 10003


WEA Enterprises Co., Inc.
c/o James P. Bruno, Esq.
7 Giralda Farms, Suite 170G
Madison, NJ 07940


Weinberg, Lieberman & Co., Inc.
155 Passaic Ave., Suite 420
Fairfield, NJ 07004-3562


YRC Freight
2627 State Rd.
Bensalem, PA 19020


Z&E Mechanic, Inc.
281 Lincoln Avenue
Secaucus, NJ 07094

# United States Bankruptcy Court
### District of New Jersey

In re __E&M Bindery, Inc.__ _____    Case No. _____

_____    Chapter __11__ _____

Debtor(s)


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __E&M Bindery, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


__November 21, 2025__ _____    __/s/ David Edelberg__ _____

Date    __David Edelberg__

Signature of Attorney or Litigant

Counsel for __E&M Bindery, Inc.__ _____

__Scarinci Hollenbeck__
__150 Clove Road__
__Little Falls, NJ 07424__
__201-896-4100__
__dedelberg@sh-law.com__