**COLE SCHOTZ P.C.**
Jacob Frumkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
jfrumkin@coleschotz.com

*Counsel for Bind-Rite Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>E&M Bindery, Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 25-22444 (SLM) |

**NOTICE OF APPEARANCE**

**TO:**   All Interested Parties

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for *Bind-Rite Services, Inc.* and requests that copies of all pleadings, other papers filed (however designated), and notices given be served upon the undersigned at the email addresses listed below:

> COLE SCHOTZ P.C.
> Attn: Jacob S. Frumkin, Esq.
> Court Plaza North
> 25 Main Street
> P.O. Box 800
> Hackensack, New Jersey 07602-0800
> Telephone: (646) 563-8944
> Facsimile: (646) 563-7944
> Email:  jfrumkin@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that, if any limited service lists are used in the proceeding, the undersigned requests inclusion thereon.

Dated:  November 24, 2025

                                                            */s/ Jacob S. Frumkin*

**COLE SCHOTZ P.C.**
Jacob S. Frumkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
jfrumkin@coleschotz.com

*Counsel for Bind-Rite Services, Inc.*