**COLE SCHOTZ P.C.**
Warren A. Usatine, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
wusatine@coleschotz.com

*Counsel for Bind-Rite Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>E&M Bindery, Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 25-22444 (SLM) |

**NOTICE OF APPEARANCE**

**TO:**    All Interested Parties

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for *Bind-Rite Services, Inc.* and requests that copies of all pleadings, other papers filed (however designated), and notices given be served upon the undersigned at the email addresses listed below:

>COLE SCHOTZ P.C.
>Attn: Warren A. Usatine, Esq.
>Court Plaza North
>25 Main Street
>P.O. Box 800
>Hackensack, New Jersey 07602-0800
>Telephone: (201) 489-3000
>Facsimile: (201) 489-1536
>Email:  wusatine@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that, if any limited service lists are used in the proceeding, the undersigned requests inclusion thereon.

40000/9150-51874548v1

Document      Page 2 of 2

Dated:  November 24, 2025

/s/ Warren A. Usatine
**COLE SCHOTZ P.C.**
Warren A. Usatine, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
wusatine@coleschotz.com

*Counsel for Bind-Rite Services, Inc.*

40000/9150-51874548v1