**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:  (973) 325-1500 (Main)
                    (973) 530-2076 (Direct)
Fax:  (973) 325-1501
Sam Della Fera, Jr. (sdellafera@csglaw.com)
*Attorneys for Landlord WEA Enterprises Co., Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>E&M BINDERY, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-22444 (SM)<br><br>Honorable Stacey L. Meisel |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, landlord WEA Enterprises Co., Inc. ("WEA"), by and through its attorneys, Chiesa Shahinian & Giantomasi PC, appears in the above-captioned case and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

Sam Della Fera, Jr., Esq.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:    (973) 325-1500 (Main)
                       (973) 530-2076 (Direct)
Fax:    (973) 325-1501
E-Mail:  sdellafera@csglaw.com

4939-1869-2732.v1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, and, pursuant to Section 1109(b) of the Bankruptcy Code, also includes, without limitation, any notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, plans, disclosure statements, reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party-in-interest, and/or other person or entity.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit WEA to the jurisdiction of the Court and it is without prejudice to its rights, remedies and claims against other entities.  This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which WEA is or may be entitled are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Fed. R. Civ. P. 4 or Fed. R. Bankr. P. 7004, nor shall it result in undersigned counsel being deemed to be the agent of WEA for such purpose.

**CHIESA SHAHINIAN & GIANTOMASI PC**
*Attorneys for Landlord WEA Enterprises Co., Inc.*

By: _____*/s/ Sam Della Fera, Jr.*_____
Sam Della Fera, Jr.

Dated: November 24, 2025

## CERTIFICATION OF SERVICE

I, Sam Della Fera, Jr., hereby certify that on November 24, 2025, I caused the foregoing Notice of Appearance and Request for Notice and Service of Papers to be served by this Court's CM/ECF System on all parties registered to receive electronic notice.

**CHIESA SHAHINIAN & GIANTOMASI PC**
*Attorneys for Landlord WEA Enterprises Co., Inc.*

By:  */s/ Sam Della Fera, Jr.*
         Sam Della Fera, Jr.

Dated: November 24, 2025

4939-1869-2732.v1