| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SCARINCI HOLLENBECK, LLC<br>DAVID EDELBERG, ESQ.<br>150 Clove Road, 9th Floor<br>Little Falls, New Jersey 07424<br>(201) 896-7701 (Tel)<br>(201) 896-8660 (Fax)<br>dedelberg@sh-law.com<br>Proposed Counsel to the Debtor | Order Filed on December 1, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>E&M BINDERY, INC.,<br><br>Debtor. | Case No.:   ___25-22444(SLM)___<br><br>Chapter:   _____11_____<br><br>Judge:   ___Stacey L. Meisel___ |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: December 1, 2025**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of _____E&M Bindery, Inc._____ for a reduction of time for a hearing on Motion to Approve Private Sale of Business, Customer List and Specified Equipme _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____December 16, 2025_____ at __11:00 a..m.__ in the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 Courtroom No. __3A____.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: To the extent not already served, on all Milberg Factors, Bind-Rite Services, Inc. the United States Trustee, the Internal Revenue Service and all parties that have filed a Notice of Appearance herein.

by ☒ each, ❏ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ❏ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: To the extent not already served, all secured creditors, all equipment lessors, and the twenty largest unsecured creditors.

by ❏ each, ❏ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ❏ email, ❏ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❏ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❏ must be provided to _____

❏ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ ~~day(s) prior to the scheduled hearing;~~ or **by Wednesday December 10, 2025 by 3:00 PM**

    ☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☐ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

    ☒ The hearing will be conducted via ~~a specialized Zoom link~~ Courtsolutions. See instructions below:

Judge Meisel: visit www.court-solutions.com or www.njb.uscourts.gov for more information

**\* No appearances are required if no objections are filed.**

*rev.5/19/2025*