<div style="border: 1px solid black;">

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCARINCI HOLLENBECK, LLC**
**DAVID EDELBERG, ESQ.**
150 Clove Road, 9th Floor.
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-7084 (Fax)
dedelberg@sh-law.com
*Proposed Counsel to E&M Bindery, Inc.*

</div>

**Order Filed on December 16, 2025**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re: | Chapter 11 |
| E&M BINDERY, INC. | Case No.: 25-22444(SLM) |
| Debtor. | Judge: Stacey L. Meisel |
| | Hearing Date: December 16, 2025 at 9:30 a.m. |

<u>**CONSENT ORDER RESOLVING THE OBJECTION OF**</u>
<u>**THE HUNTINGTON NATIONAL BANK**</u>

The relief set forth on the following pages numbered two (2) through three (3), is hereby

**ORDERED.**

**DATED: December 16, 2025**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:        E&M Bindery, Inc.
Case No.:      25-22444(SLM)
Caption of Order:  **CONSENT ORDER RESOLVING THE OBJECTION OF THE
HUNTINGTON NATIONAL BANK**

Upon the motion (the "Motion") of E&M Bindery, Inc. ("Debtor"), seeking this Court's authorization to sell Debtor's customer list and certain equipment to Bind-Rite Services, Inc. ("Buyer"); it appearing that the Huntington National Bank ("Huntington") asserts a lien upon a 1998 Bobst SP 102-E-1140" Die Cutter, serial no. 0532-046-03 and upon a New Hawk M6 4.25" UV Ink Printer, serial no. HCU10874 (collectively, the "Huntington Equipment"), it appearing that Huntington asserts a purchase money lien upon the Huntington Equipment, it further appearing that Huntington asserts that there is a remaining balance due regarding the Huntington Equipment in the amount of $96,701.91, it appearing that Huntington filed a limited objection to Debtor's pending application referenced above seeking Court approval of the proposed sale to Buyer, it appearing that the parties have agreed to resolve Huntington's limited objection upon the terms set forth herein, it appearing that the Court has jurisdiction to consider this consent order and the Motion in accordance with 28 U.S.C. §§ 157 and 1334; it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(6)(2); it appearing that venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided and that no other or further notice is necessary, and after due deliberation thereon;;

**IT IS HEREBY ORDERED THAT:**

1.      Debtor shall remit a payment to Huntington in the amount of $38,000.00 by close of business on December 24, 2025 in satisfaction of Huntington's secured claims arising from or relating to the Huntington Equipment.

2.      This Order has no effect upon Huntington's potential third party guarantees, if any, and any unsecured proof of claim that Huntington may seek to file herein, such rights being expressly reserved by Huntington.

4921-0495-4497, v. 2

Page 3
Debtor:        E&M Bindery, Inc.
Case No.:      25-22444(SLM)
Caption of Order:  **CONSENT ORDER RESOLVING THE OBJECTION OF THE
HUNTINGTON NATIONAL BANK**

3.      Following receipt of payment Huntington will discharge its UCC filings regarding the

Huntington Equipment.

**The undersigned hereby consent to the form and entry of the foregoing order:**

SCARINCI HOLLENBECK, LLC                    WOMBLE BOND DICKINSON (US) LLP
*Proposed Counsel to E&M Bindery, Inc.*        *Counsel for Huntington National Bank*

By:_ */s/ David Edelberg*_____        By:_ */s/ Kevin J. Mangan*_____ _____
     David Edelberg                                  Kevin J. Mangan

Dated: December 16, 2025                        Dated: December 16, 2025

OTTERBOURG P.C.
*Counsel for Milberg Factors*

By:_ */s/ Jonathan Helfat*__ _____
     Jonathan Helfat

Dated: December 16, 2025

4921-0495-4497, v. 2