UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**SCARINCI HOLLENBECK, LLC**
**DAVID EDELBERG, ESQ.**
150 Clove Road, 9th Floor.
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-8660 (Fax)
dedelberg@sh-law.com
*Counsel for E&M Bindery, Inc.*

Order Filed on December 23, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In re:

    E&M BINDERY, INC.,

               Debtor.

Chapter 11 (Subchapter V)

Case No. 25-22444(SLM)

Judge: Stacey L. Meisel

### ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A SERIES OF PRIVATE SALES OF CERTAIN MACHINERY AND EQUIPMENT <u>AND GRANTING RELATED RELIEF</u>

    The relief set forth on the following pages, numbered two (2) through six (6), is hereby

**ORDERED**.

**DATED: December 23, 2025**

Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

8702654.4

(Page 2)
Debtor:       E&M Bindery, Inc.
Case No.:     25-22444(SLM)
Caption:      Order Authorizing the Debtor to Enter into a Series of Private Sales of Certain
              Machinery and Equipment and Granting Related Relief

---

**THIS MATTER,** having been presented to the Court by E&M Bindery, Inc., the debtor and debtor in possession in the above-captioned case (the "**Debtor**"), by and through its attorneys, Scarinci Hollenbeck, LLC, upon the filing of a motion [Docket No. 56] (the "**Motion**") for the entry of an order authorizing Debtor to proceed with a series of private sales (collectively, the "**Sales**") of Debtor's machinery and equipment (the "**Remaining Equipment**") that was not included in the Debtor's sale of certain assets to Bind-Rite Services LLC ("**Bind-Rite**"); it appearing that Debtor seeks this Court's authority to enter into the Sales of the Remaining Equipment listed on **Exhibit A** annexed hereto; the Debtor having retained MidAmerica Equipment Solutions LLC ("**Broker**") pursuant to the *Order Authorizing the Debtor to Retain an Equipment Broker* [Docket No. 80] for purposes of, *inter alia,* locating purchasers for the Remaining Equipment; it appearing that Debtor is seeking approval to proceed with the Sales free and clear of liens, claims, interests and encumbrances; and for related relief; and due and proper notice of the Motion and related matters before the Court in this case having been given; and the Court having considered the moving papers and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

### IT IS HEREBY ORDERED AS FOLLOWS:

1.      The Motion is **GRANTED** as set forth herein.

2.      Debtor is authorized, subject to the following conditions, to proceed with the Sales:

     a. the purchaser is not an "insider" of the Debtor, as that term is defined in section 101(31) of the Bankruptcy Code;

(Page 3)
Debtor:        E&M Bindery, Inc.
Case No.:      25-22444(SLM)
Caption:       Order Authorizing the Debtor to Enter into a Series of Private Sales of Certain
               Machinery and Equipment and Granting Related Relief

---

    b.   the sale price equals or exceeds eighty-five (85%) percent of the orderly liquidation value thereof as set forth in the appraisal dated June 20, 2025 prepared by Joseph Finn Co., Inc. as set forth on the attached **Exhibit B**;

    c.   the affirmative approval of or lack of an objection by Milberg Factors, Inc. ("**Milberg**"), Scott S. Rever, the duly-appointed Subchapter V Trustee (the "**Subchapter V Trustee**"), and any party asserting a security interest in the Remaining Equipment subject to such Sale (collectively, the "**Notice Parties**"); and

    d.   the Debtor provides at least three (3) business days' advance written notice of each of the proposed Sales to the Notice Parties.   In the case of Midland States Bank's collateral, consisting of a Prism Uploader, seven (7) calendar days' notice will be provided. Midland and the Debtor will either agree upon terms for the sale of the Prism Upload, including the distribution of the sale proceeds, or Midland shall have relief from the automatic stay to retrieve the Prism Uploader and a reasonable amount of time allowed for such recovery.

3.    Subject to meeting the foregoing conditions, pursuant to sections 105(a), 363(b), and 363(f) of the Bankruptcy Code, Debtor is authorized to convey all of the Debtor's right, title, and interest in and to, and possession of, the Remaining Equipment to non-insider purchasers free and clear of any and all liens, claims, encumbrances, and other interests (collectively, "**Interests**"), with all such Interests to attach to the proceeds of the Sales in the order of their priority, with the same force, effect, and validity that they had immediately prior to the entry of this Order, subject to any rights, claims, or defenses the Debtor may have with respect thereto.

(Page 4)
Debtor:        E&M Bindery, Inc.
Case No.:      25-22444(SLM)
Caption:       Order Authorizing the Debtor to Enter into a Series of Private Sales of Certain
               Machinery and Equipment and Granting Related Relief

---

4.      To the extent any party asserts a competing Interest in the Remaining Equipment, the amount of the payoff balance due to any such party shall be held in escrow by Debtor in a segregated account (the "**Reserve**"), and the claims of any and all parties asserting priority over the liens and claims of Milberg shall be subject to the scheduling of a further hearing at which time any party asserting priority shall provide evidence satisfactory to this Court as to its priority; provided, however, that any party seeking entry of such order must do so on reasonable notice to all parties-in-interest and all parties-in-interest reserve all rights (i) to seek adjudication of the priority or validity of any particular lien asserted against the Reserve; and (ii) to object to the release of proceeds from the segregated account. Notwithstanding anything to the contrary in the Motion, Debtor shall not pay any party from the proceeds of any Sales absent Milberg's written consent.

5.      If any party claiming priority over Milberg's claims wishes to negotiate a compromise of its claim with the Debtor in order to save the cost and expenses of litigation the Debtor is authorized to pay up to 50% of the party's claim, or such other amount approved in writing by Milberg, with the saving divided equally between Debtor and Milberg, and, in the case of Debtor, to be held in escrow in Scarinci Hollenbeck, LLC's attorney trust account for professional fees, and, in the case of Milberg, going to further paydown the Milberg indebtedness if still outstanding.

6.      Subject to funding the Reserve, if applicable, concurrently with the closing of any Sale or as soon thereafter as is possible, the Debtor is authorized and directed to pay, from the proceeds of the Sales:

(Page 5)
Debtor:      E&M Bindery, Inc.
Case No.:    25-22444(SLM)
Caption:     Order Authorizing the Debtor to Enter into a Series of Private Sales of Certain
             Machinery and Equipment and Granting Related Relief

---

    a.   an amount equal to fifteen (15%) of the sale price to Broker ("**Commission**");

    b.   an amount equal to ninety (90%) percent of the net sale proceeds (after payment of the Commission) to Milberg, going to further paydown the Milberg indebtedness if still outstanding; and

    c.   an amount equal to ten (10%) percent of the net sale proceeds (after payment of the Commission) to be held in escrow in Scarinci Hollenbeck, LLC's attorney trust account for purposes of satisfying professional fees incurred herein.

7.     The Sales pursuant to the terms and conditions set forth herein are hereby approved. The Remaining Equipment is being sold free and clear of any and all Interests pursuant to section 363(f) of the Bankruptcy Code, with all such Interests to attach to the proceeds of the Sales in the order of their priority, with the same force, effect, and validity that they had immediately prior to the entry of this Order.

8.     Debtor is hereby authorized and directed to execute such necessary and appropriate documents to effectuate the Sales.

9.     The provisions of this Order are self-executing, and Debtor will not be required to execute or file releases, termination statements, assignments, consents, or other instruments in order to effectuate, consummate, and implement the provisions of this Order.

10.    No person or entity, including without limitation, any federal, state, or local governmental agency, department, or instrumentality, shall assert by suit or otherwise against any purchaser of the Remaining Equipment any claim they had, have, or may have against Debtor, or any liability, debt, or obligation relating to or arising from the Remaining Equipment, and all

(Page 6)
Debtor:          E&M Bindery, Inc.
Case No.:        25-22444(SLM)
Caption:         Order Authorizing the Debtor to Enter into a Series of Private Sales of Certain
                 Machinery and Equipment and Granting Related Relief

persons and entities are hereby enjoined from asserting against any purchaser in any way any such

claims, liabilities, debts, or obligations.

11.      This Order shall be binding upon and govern the acts of all persons and entities,

including, without limitation, Debtor, the purchasers, and their respective successors and permitted

assigns, including, without limitation, any trustee appointed in this chapter 11 case or hereinafter

appointed if the case is converted to one under chapter 7, all creditors of Debtor (whether known

or unknown), all governmental units, filing agents, filing officers, title agents, recording agencies,

governmental departments, secretaries of state, federal, state, and local officials, and all other

persons and entities who may be required by operation of law, the duties of their office or contract,

to accept, file, register, or otherwise record or release any documents or instruments or who may

be required to report or insure any title in or to the Remaining Equipment. The Sales authorized

hereunder shall not be subject to rejection or avoidance under any circumstances. This Order shall

inure to the benefit of Debtor, its estate, its creditors, the Subchapter V Trustee, any purchaser and

their respective successors and assigns.

12.      The provisions of Bankruptcy Rules 6004 and 6006, and to the extent applicable

under the Bankruptcy Rules, Rule 62(a) of the Federal Rules of Civil Procedure, staying the

effectiveness of this Order are hereby waived, and this Order shall be effective and enforceable

immediately upon entry and its provisions shall be self-executing.  Further, to the extent Rule 54(b)

of the Federal Rules of Civil Procedure is applicable to the Order, the Court determines that there

is no just reason for delay and directs that the Order shall constitute a final judgment.  Any party

who has objected to this Order must exercise due diligence in filing an appeal, pursuing a stay and

(Page 7)

| | |
|---|---|
| Debtor: | E&M Bindery, Inc. |
| Case No.: | 25-22444(SLM) |
| Caption: | Order Authorizing the Debtor to Enter into a Series of Private Sales of Certain Machinery and Equipment and Granting Related Relief |

obtaining a prompt stay or risk its appeal being foreclosed as moot.

13.    The Court retains exclusive jurisdiction over the parties and with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# EXHIBIT A

| Description | Year | Model # | S/N | Auction Value 2025 | OLV 2025 | FMV 2025 |
|---|---|---|---|---|---|---|
| **FINAL Plant Sale List for Sale After BRS Purchases - Nov 20 2025** | | | | | | |
| Updated Nov, 2025 | | | | | | |
| Addendum "B" | | | | | | |
| **Cutting** | | | | | | |
| 54" Polar Cutter w/ Joggers and Transomat-Parts | 2001 | 137ED | 7141001 | $ 1,000.00 | $ 3,000.00 | $ 5,000.00 |
| Schneider Senator - Profi  Jogger w/ Air Removal | 1996 | Profi-Line 0077 | P-6659027 | $ 1,000.00 | $ 2,000.00 | $ 2,500.00 |
| Polar Jogger | N/A | RB5 | 5981209 | $ 1,500.00 | $ 2,500.00 | $ 3,500.00 |
| Polar Lift | 1997 | L 6000W-3 | 677212122 | $ 1,000.00 | $ 2,000.00 | $ 3,000.00 |
| Prism Off Loader - not working | 2021 | LG-2 | 1427 | $ 3,000.00 | $ 5,000.00 | $ 10,000.00 |
| **Joggers** | | | | | | |
| Jogger IS | 1975 | PLI3040R | 8 8380 | $ 100.00 | $ 350.00 | $ 600.00 |
| Jogger IS | 1975 | API722 | 6 840 2 | $ 100.00 | $ 350.00 | $ 600.00 |
| Jogger IS | 1976 | API722 | 51133 | $ 100.00 | $ 350.00 | $ 600.00 |
| Jogger IS | 1980 | API | No Plate | $ 100.00 | $ 350.00 | $ 600.00 |
| Jogger IS | 1982 | API724 | 6 7085 | $ 100.00 | $ 350.00 | $ 600.00 |
| Jogger IS | 1982 | API724 | 6 2163 | $ 100.00 | $ 350.00 | $ 600.00 |
| Jogger IS | 1975 | AP28 | 9184 | $ 100.00 | $ 350.00 | $ 600.00 |
| Brackett Jogger | N/A | 20 | 806 | $ 100.00 | $ 350.00 | $ 600.00 |
| Brackett Jogger | N/A | 15 | 5153 | $ 100.00 | $ 359.00 | $ 600.00 |
| Brackett Jogger | N/A | 15 | 2946 | $ 100.00 | $ 350.00 | $ 600.00 |
| Brackett Jogger | N/A | JN102 | 159212499 | $ 100.00 | $ 350.00 | $ 600.00 |
| | | | | $ 8,800.00 | $ 18,350.00 | $ 27,600.00 |
| **Saddle Stitching** | | | | | | |
| Muller 335 Saddlestitcher w/ 6-300Pkts, 1 ea,1528 CF, 1 ea, 1529 CF, 4th/5th knife, 890 3KT, Conveyor Delivery, 2 pumps, Feeder Dolly 2 additional Muller Feeders for 335 inluded | | 335 | 99,10109 C259 | $ 7,500.00 | $ 15,000.00 | $ 23,500.00 |
| Bravo T Saddlestitcher w/ 6 Pockets, 4th and 5th Knife & 1529 Cover Feeder, 2 station Hand Feed 890 3KT, Conveyor Delivery, 2 pumps, | 2000 | 380.04 | MMZ0 321 440 | $ 10,000.00 | $ 17,500.00 | $ 27,500.00 |
| Muller Apollo Stacker Feeder | 2011 | 1540-0410 | NN55930 | $ 3,000.00 | $ 6,000.00 | $ 11,000.00 |
| 18 Mini Deluxe DB45 Stitching Heads | | | | $ 10,000.00 | $ 15,000.00 | $ 27,000.00 |
| Muller Martini Stacker | | 310-14 | 944971 | $ 500.00 | $ 1,000.00 | $ 1,500.00 |
| Muller Martini Apollo Stacker | 2000 | 1540 | NN6206 | $ 1,500.00 | $ 3,500.00 | $ 6,500.00 |
| Lot of Stitcher Wire & Parts | | | | $ 2,500.00 | $ 4,500.00 | $ 7,500.00 |
| Bostich Hand Stitchers | | 7 | 3555V | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 |
| Acme 4 headed Hand Stitchers Saddle or Flat | 1985 | P | 37 | $ 500.00 | $ 750.00 | $ 1,100.00 |
| | | | | $ 36,600.00 | $ 64,350.00 | $ 99,200.00 |
| **Perfect Binding** | | | | | | |
| Muller Martini StarBinder, 30 clamps, 20 feeders with 12 ea. Lake Imagining Signature Camera, Crash Feeder, Double Nipper, Double Hot Melt Gluer Stations, PreMelter, PUR Nozzle Large Drum Pail/ 2003 Merit S 3KT 3671 s/n MMFE 7608941035 | | 3006 | 3006,9010.99) | $ 45,000.00 | $ 65,000.00 | $ 95,000.00 |
| **Binder includes items below:** | | | | | | |
| Nordson BM200 PUR Drum Unloader | 2000 | BM200-65K52M1/XXXX | LU01(0715) | $ 45,000.00 | $ 65,000.00 | $ 95,000.00 |
| Nordson EP48 Application Slotted PUR Head | 2000 | EP-48 | | | | |
| Nordson DURA Blue 50 | 1996 | DD3672845 | LU07110674) | | | |
| Nordson PUR Drum Unloader | 2006 | 8063438 | LU12C00991) | | | |
| Knives & Parts | | | | | | |
| Merit Trimmer - parts Only | | 3671 | 94.0145 | parts | parts | parts |
| **Folders** | | | | | | |
| MBO B30S-4/4/4 with ASP-66 Stacker | 2004 | B30-S | V11/22 | $ 20,000.00 | $ 30,000.00 | $ 40,000.00 |
| MBO B26S-6/4/4 with ASP-66 Stacker | 2006 | B26-S | Y03/78 | $ 30,000.00 | $ 40,000.00 | $ 50,000.00 |

**FINAL Plant Sale List for Sale After BRS Purchases - Nov 20 2025**

| Description | Year | Model # | S/N | Auction Value 2025 | OLV 2025 | FMV 2025 |
|---|---|---|---|---|---|---|
| MBO B30-S-4/4/4 with ASP-82 Stacker | 2006 | B30-S | Y02/20 | $ 20,000.00 | $ 30,000.00 | $ 45,000.00 |
| MBO B26-C-E 6/4 with A-76 Delivery, Batch | 2005 | B26-E | W09/41 | $ 10,000.00 | $ 15,000.00 | $ 20,000.00 |
| MBO SAP-46L Vertical Pressing Stacker | 1987 | SAP46-L | G5759 | $ 2,000.00 | $ 3,500.00 | $ 6,000.00 |
| | | | | $ 82,000.00 | $ 118,500.00 | $ 161,000.00 |
| | | | | | | |
| Stahl 30" Folder | | RD-78-T | 9449-1 | $ 2,500.00 | $ 4,000.00 | $ 6,000.00 |
| Stahl 26" Folder | | 48849 | TF56,3/4/4 FN | $ 1,500.00 | $ 3,000.00 | $ 5,000.00 |
| MBO Gate Plate Ides | | | | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| MBO Spit Guides | | 2 | | $ 500.00 | $ 750.00 | $ 1,000.00 |
| MBO Pressing Vertical Stacker | 1987 | SAP 46L | G 5759 | $ 2,500.00 | $ 4,000.00 | $ 6,000.00 |
| Stahl | N/A | TF56 | N/A | $ 300.00 | $ 600.00 | $ 900.00 |
| Stahl | | TD30 | N/A | $ 3,000.00 | $ 5,000.00 | $ 7,500.00 |
| Stahl B1430B-6  30" 6/6 Contin. Feeder | | 1430B-C-3 | 160UE0011 | $ 20,500.00 | $ 29,500.00 | $ 39,500.00 |
| Stahl B-30 4/4 | | B30-S-C | 15258 | $ 2,000.00 | $ 4,000.00 | $ 6,000.00 |
| Stahl | | B30S-2-26/4 | 16307 | $ 750.00 | $ 1,000.00 | $ 2,000.00 |
| Stahl | | RD 78-T | 94491-252046 | $ 1,000.00 | $ 2,000.00 | $ 3,600.00 |
| | | | | $ 37,550.00 | $ 56,850.00 | $ 79,900.00 |
| | | | | | | |
| **Stamp Emboss & Die Cutting** | | | | | | |
| Kluge 14 x 22 Stamper/Emboss & Die Cutter | | | | $ 5,000.00 | $ 10,000.00 | $ 15,000.00 |
| Thomphson 22 x 32 | 1985 | Style 5 | 13718 | $ 1,500.00 | $ 3,000.00 | $ 5,000.00 |
| C & P Semi feed Foil Stamp & Die Cutter | | | | $ 200.00 | $ 400.00 | $ 750.00 |
| PMC Hi-Die Semi Auto | | M-200-87 - Size "F" | | $ 5,000.00 | $ 10,000.00 | $ 15,000.00 |
| PMC Hi-Die Semi Auto | | M-200-90  Size "F" | | $ 5,000.00 | $ 10,000.00 | $ 15,000.00 |
| | | | | $ 16,700.00 | $ 33,400.00 | $ 50,750.00 |
| | | | | | | |
| **Glueing & Folding & Padding** | | | | | | |
| 27" Moll Bottom Feeder | | Dial A Feed-B | 558 | $ 10,000.00 | $ 20,000.00 | $ 30,000.00 |
| Moll Versa Fold | | | | | | |
| 27" Marathon Pile Feeder | | Marathon-DF | 1112 | $ 5,000.00 | $ 7,000.00 | $ 10,000.00 |
| Moll Versa Fold | | | | | | |
| 27" Regal Pile Feeder | | 26-47-4718CE | NPS1073-15 | $ 6,000.00 | $ 10,000.00 | $ 15,000.00 |
| All with Versa Folds and Extra Tooling | | | | | | |
| ITW Dyanateck 4 heads hotmelt 2002 | 2002 | | | $ 1,500.00 | $ 2,500.00 | $ 4,000.00 |
| Multi-Feeder MFT250 IP | | MFP 250 IP | 2003-10056 | $ 2,000.00 | $ 4,000.00 | $ 6,000.00 |
| Multi-Feeder MFT350 IP | | MFT-350 | 0915-07243 | $ 2,000.00 | $ 4,000.00 | $ 6,000.00 |
| Kirk Rudy 215 Accu Card Tipping w/ Batching conveyor . | | 203P | | $ 3,000.00 | $ 5,500.00 | $ 8,500.00 |
| Brackett CP24" Padder | | CP24 | 607 | $ 10,000.00 | $ 15,000.00 | $ 20,000.00 |
| | | | | $ 40,000.00 | $ 68,000.00 | $ 89,500.00 |
| | | | | | | |
| **Shrink Wrap System** | | | | | | |
| Shanklin F1A Auto Shrinkwrapper | 1998 | F5A | F9877 | $ 3,500.00 | $ 5,500.00 | $ 7,500.00 |
| Shanklin SW Tunnel | | T-7XL | | $ 1,500.00 | $ 3,000.00 | $ 4,500.00 |
| Shanklin SW Tunnel | 1992 | T-6XL,T | 94317 | $ 1,500.00 | $ 3,000.00 | $ 4,000.00 |
| Shanklin Semi-Auto Shrinkwrapper | 1995 | 4264 | 49567 | $ 1,500.00 | $ 3,000.00 | $ 6,500.00 |
| Conflex Semi-Auto Shrinkwrapper w/ Tunnel | | E-250AHA | 2563100 | $ 3,000.00 | $ 6,000.00 | $ 9,500.00 |
| Clamco Semi Auto Hand Shrinkwrappers | 2005 | 120 | 5211 | $ 1,000.00 | $ 1,500.00 | $ 2,500.00 |
| Clamco Semi Auto Hand Shrinkwrappers | 2005 | 120 | 5298 | $ 1,000.00 | $ 1,500.00 | $ 2,500.00 |
| Clamco Semi Auto Hand Shrinkwrappers | 2004 | 120 | 4998 | $ 1,000.00 | $ 1,500.00 | $ 2,500.00 |
| Beseler SW Tunnel | 1980 | T-15-9 | 577280 | $ 500.00 | $ 1,000.00 | $ 2,000.00 |
| Sergeant L-Sealer | 1980 | 1620-C | 34006 | $ 300.00 | $ 600.00 | $ 700.00 |
| | | | | $ 14,800.00 | $ 26,600.00 | $ 40,200.00 |
| | | | | | | |
| BUSKRO BK731 Tabber & Wafer Sealers | 2004 | BK731 | 7311204167 | $ 3,500.00 | $ 5,500.00 | $ 8,500.00 |
| Buskro BK730 Tabber & Wafer Sealers | 2002 | BK730 | | $ 3,500.00 | $ 5,500.00 | $ 8,500.00 |
| Kirk Rudy Shuttle Feed Base | | | | | | |
| Maccoini Stream Feed Base | | | | | | |
| Lable Aire Lable Affixing Heads & Bases | | 3111 | 293210711 | $ 750.00 | $ 1,500.00 | $ 2,500.00 |
| Lable Aire Lable Affixing Heads & Bases | | 3111 | 2932107IS | $ 750.00 | $ 1,500.00 | $ 2,500.00 |
| Lable Aire Lable Affixing Heads & Bases | | 211M | 10291906 | $ 750.00 | $ 1,500.00 | $ 2,500.00 |
| Lable Aire Lable Affixing Heads & Bases | | 211M | 228370209 | $ 750.00 | $ 1,500.00 | $ 2,500.00 |
| 6 Pocket Inserter | | | | $ 10,000.00 | $ 17,000.00 | $ 27,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FINAL Plant Sale List for Sale After BRS Purchases - Nov 20 2025 | | | | | | |
| **Description** | Year | Model # | S/N | Auction Value 2025 | OLV 2025 | FMV 2025 |
| **Collating** | | | | | | |
| | | | | | | |
| **Mechanical Binding - Spiral, Wire-O, Plastic Coil** | | | | | | |
| Rilecart B596 Wire-O Binder | 1992 | B596 | 9201516 | $ 8,000.00 | $ 12,000.00 | $ 18,000.00 |
| Rilecart B599 Wire-O Binder | 2012 | B599 | 1234567 | $ 20,000.00 | $ 30,000.00 | $ 40,000.00 |
| Renz Auto Bind | 1975 | Autobind | 104 | $ 1,000.00 | $ 2,000.00 | $ 3,750.00 |
| James Burns Lhermite EX-380 Auto Punch | 1999 | EX380 | 7 | $ 5,000.00 | $ 7,000.00 | $ 10,000.00 |
| James Burns Lhermite EX-380 Auto Punch | 2002 | EX380 | 69 | $ 5,000.00 | $ 7,000.00 | $ 10,000.00 |
| James Burns Lhermite EX-380 Auto Punch | 2000 | EX380 | 42 | $ 5,000.00 | $ 7,000.00 | $ 10,000.00 |
| 14 - EX-380 Dies | | | | $ 8,000.00 | $ 11,000.00 | $ 14,000.00 |
| 4 EX610 Dies | | | | $ 2,000.00 | $ 3,500.00 | $ 6,000.00 |
| JBI Closer 24" | 1988 | CM61H | 924 | $ 500.00 | $ 1,000.00 | $ 1,500.00 |
| Spiral Closer 24" | 2000 | 105-1 | 178 | $ 350.00 | $ 650.00 | $ 950.00 |
| SBI 36" Hand Punch | 1990 | SP-36 | | $ 750.00 | $ 1,750.00 | $ 2,750.00 |
| Nussbaum Hand Punch | 1977 | | 106A | $ 100.00 | $ 250.00 | $ 500.00 |
| Gateway Coil Binder | 2005 | PBS3000 | 4097 | $ 9,000.00 | $ 11,000.00 | $ 14,000.00 |
| Gateway Coil Binder | 2008 | PBS3000 | 4206 | $ 9,000.00 | $ 11,000.00 | $ 14,000.00 |
| 2 Lawson Heavy Duty Paper Drills | | | | $ 2,000.00 | $ 3,000.00 | $ 4,000.00 |
| 8-GBC Comb Binders | 1980 | GBC | | $ 600.00 | $ 1,000.00 | $ 1,600.00 |
| Marion Coil Crimper Cutter | 2012 | 350 | A1237 | $ 500.00 | $ 1,000.00 | $ 1,500.00 |
| Challenge 2 headded Round Corner Machine | | | | $ 1,500.00 | $ 3,000.00 | $ 5,000.00 |
| Challenge Round corner Machine | 1999 | SCM | 1428 | $ 1,000.00 | $ 2,000.00 | $ 3,500.00 |
| | | | | $ 96,300.00 | $ 115,150.00 | $ 151,050.00 |
| | | | | | | |
| | | | | | | |
| **Misc. Equipment** | | | | | | |
| 2 Fork Propane Trucks | | | | $ 6,000.00 | $ 9,000.00 | $ 12,000.00 |
| 2 Crown Walkie Trucks | | | | $ 1,000.00 | $ 1,500.00 | $ 2,500.00 |
| Old Electric Truck | | | | $ 250.00 | $ 500.00 | $ 1,000.00 |
| 2 Bunn Tying Machines | | | | $ 600.00 | $ 600.00 | $ 600.00 |
| Sweed Steel Cutter/Chopper | | | | $ 750.00 | $ 1,000.00 | $ 1,500.00 |
| Bailmaster 3000 Auto 5-Wire Baler | | | | $ 10,000.00 | $ 17,500.00 | $ 22,500.00 |
| SanSep Dust Collector | | | | $ 3,000.00 | $ 4,000.00 | $ 5,000.00 |
| Vertical Baler | 2000 | | | $ 1,500.00 | $ 2,500.00 | $ 3,500.00 |
| Mattei AC 45 LX Air Compressor | 2006 | GEMCDSX5AB | | $ 2,000.00 | $ 4,000.00 | $ 6,000.00 |
| Mattei RDV 45 LX Air Compressor | 2024 | RDV 45 | | $ 20,000.00 | $ 35,000.00 | $ 45,000.00 |
| Kaser 20 HP | 2000 | | | $ 4,000.00 | $ 6,000.00 | $ 8,000.00 |
| Sullaire Dryer | SRB300 | 022500267-998 | | $ 2,000.00 | $ 3,000.00 | $ 4,000.00 |
| Sullaire Compressor 50 HP | 2000 | Model 12 - 50 | | $ 1,500.00 | $ 2,500.00 | $ 3,500.00 |
| | | | | | | |
| Misc. Hand Stitchers, Compressor, Spare Parts, | | | ) | | | |
| Hand Trucks & Pallet Racks | | | ) | $ 6,500.00 | $ 9,500.00 | $ 12,500.00 |
| | | | | $ 69,100.00 | $ 96,600.00 | $ 127,600.00 |
| **Machine Shop** | | | | | | |
| Victor Layth | | 1340GHE | D9610-0917R | $ 1,000.00 | $ 2,000.00 | $ 3,000.00 |
| Jet Milling Machine | | JTM-2 | 901206 | $ 300.00 | $ 500.00 | $ 1,000.00 |
| Lincoln Welder | | 10732 | V10220463086 | $ 200.00 | $ 400.00 | $ 600.00 |
| | | | | $ 1,800.00 | $ 2,900.00 | $ 3,700.00 |
| | | | | | | |
| | | | **TOTALS** | **$458,350.00** | **$ 682,700.00** | **952,500.00** |

**EXHIBIT B**

# JOSEPH FINN CO., INC.

## *Auctioneers & Appraisers*

188 NEEDHAM STREET • NEWTON, MA 02464-1051
TEL 617-964-1886 • FAX 617-964-7827
WWW.JOSEPHFINN.COM

RE:  E & M BINDERY & FINISHING

11 Peekay Drive
Clifton, New Jersey 07014

APPRAISAL REPORT

DESKTOP
FORCED LIQUIDATION (AUCTION) VALUE APPRAISAL

ORDERLY LIQUIDATION VALUE APPRAISAL
&
MARKET (FAIR MARKET) VALUE APPRAISAL

Effective Date

June 20, 2025

| | |
|---|---|
| DESKTOP FORCED LIQUIDATION (AUCTION) VALUE | $1,015,500.00 |
| DESKTOP ORDERLY LIQUIDATION VALUE | $1,395,650.00 |
| DESKTOP MARKET (FAIR MARKET) VALUE | $1,795,000.00 |

JOSEPH FINN CO., INC.

Ross J. Finn

# JOSEPH FINN CO., INC.

## *Auctioneers & Appraisers*

188 NEEDHAM STREET • NEWTON, MA 02464-1051
TEL 617-964-1886 • FAX 617-964-7827
WWW.JOSEPHFINN.COM

June 20, 2025

Gary R Markovits
President
E & M Bindery & Finishing
11 Peekay Drive
Clifton, New Jersey 07014

Re: E & M Bindery & Finishing

Dear Mr. Markovits:

As per your request I, as an AMEA Certified Appraiser, have prepared Desktop Forced
Liquidation (Auction) Value, Desktop Orderly Liquidation Value and Desktop Market (Fair
Market) Value appraisals of the machinery and equipment located at the above-named facility at
11 Peekay Drive, Clifton, New Jersey, a copy of which is enclosed. This report is intended for
use only by E & M Bindery & Finishing and is intended for use relating to business decisions.
Use of this report by others is not intended by the appraiser; nor is the report intended for any
other use unless express written consent is further granted.

On June 20, 2025, I did not personally view the machinery and equipment.  We reserve the right
to amend our values upon a physical inspection of these items.

The machinery and equipment consist of paper cutters, joggers, saddle stitchers, perfect binding
equipment, folders, stamp emboss, die cutters, gluers, shrink wraps, collators, air compressors,
material handling equipment and other support equipment.

The cost, income and market approaches to value have been considered for this appraisal. The
income approach has been excluded as inappropriate for the intended purpose and use of this
appraisal. The enclosed appraisal is an Appraisal Report as defined by USPAP.

-2-

After a thorough analysis of the equipment and vehicle listing and review of the information made available to me, it is my opinion that as of the Effective Date June 20, 2025, the machinery and equipment have a Desktop Forced Liquidation (Auction) Value of approximately $1,015,500.00, a Desktop Orderly Liquidation Value of approximately $1,395,650.00 and a Desktop Market (Fair Market) Value of approximately $1,795,000.00 as shown on the certificate that I prepared on June 20, 2025. It should be noted that my opinion should not be interpreted as a guarantee of value.

The enclosed appraisal of machinery and equipment presented is a summary appraisal.

Furthermore, I certify that I do not have any present or future interest in the appraised property. The fees charged for this appraisal were not contingent on the values reported or were any undisclosed fees, commissions or other compensation received.

Thank you for the opportunity to be of service to you.

Respectfully submitted,

JOSEPH FINN CO., INC.

Ross J. Finn

RJF/mh

# JOSEPH FINN CO., INC.

## *Auctioneers & Appraisers*

188 NEEDHAM STREET • NEWTON, MA 02464-1051
TEL 617-964-1886 • FAX 617-964-7827
WWW.JOSEPHFINN.COM

Does

### <u>Certify</u>

That on this date given in this certificate, the property of

E & M BINDERY & FINISHING
11 PEEKAY DRIVE
CLIFTON, NEW JERSEY  07014

Was well and reasonably worth on the basis of its Desktop Forced Liquidation (Auction) Value,
Desktop Orderly Liquidation Value and Desktop Market (Fair Market) Value:

Distribution of Value Is As Follows:

| Description | Page | Value |
|---|---|---|
| Desktop Forced Liquidation (Auction) Value | Pgs. 1-7 | $1,015,500.00 Cash |
| Desktop Orderly Liquidation Value | Pgs. 1-7 | $1,395,650.00 Cash |
| Desktop Market (Fair Market) Value | Pgs. 1-7 | $1,795,000.00 Cash |

Date: June 20, 2025
Effective Date: June 20, 2025

BY: _____
Ross J. Finn

# JOSEPH FINN CO., INC.

## *Auctioneers & Appraisers*

188 NEEDHAM STREET • NEWTON, MA 02464-1051
TEL 617-964-1886 • FAX 617-964-7827
WWW.JOSEPHFINN.COM

## CERTIFICATION OF APPRAISAL

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, unbiased professional analysis, opinions, and conclusions. Values rendered are an opinion of the appraiser and are not a guarantee of value.

I have no bias with respect to the property or parties that are the subject of this report or to any other parties involved with or related to supply of machinery and equipment the subject of this assignment.

I have no present or prospective interest in purchasing the assets that are the subject of this report. We have not appraised the machinery and equipment located at 11 Peekay Drive, Clifton, New Jersey during the last three years.

My compensation is not contingent on an action or event resulting from the analysis, opinions or conclusions in or the use of this report.

My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice* of the Appraisal Standards Board of the Appraisal Foundation and Standards and *Procedures of Professional Appraisal Ethics and Practice* as defined by the Association of Machinery and Equipment Appraisers.

I have not made a personal inspection of the property that is the subject of this report on June 20, 2025.

No one provided significant professional assistance to the person signing this report unless so stated.

No pertinent information was withheld or overlooked, and I, the undersigned, further certify that I have not been influenced in any way during the preparation of this appraisal report by any parties having a financial or other interest in this report.

Ross J. Finn

# JOSEPH FINN CO., INC.

## *Auctioneers & Appraisers*

188 NEEDHAM STREET • NEWTON, MA 02464-1051
TEL 617-964-1886 • FAX 617-964-7827
WWW.JOSEPHFINN.COM

## APPRAISAL DEFINITION

### DESKTOP OPINION

#### SOURCE:  STANDARD AND PROCEDURES OF
#### PROFESSIONAL APPRAISAL ETHICS AND PRACTICE
#### ASSOCIATION OF MACHINERY AND EQUIPMENT APPRAISERS

We define *Desktop Opinion* as a professional opinion of the appropriately defined value, expressed in terms of currency to be realized by the sale of assets, in which the opinion is generated from lists and/or other informational materials supplied to the appraiser and evaluated without the benefit of an actual on-site inspection.

# JOSEPH FINN CO., INC.

## *Auctioneers & Appraisers*

188 NEEDHAM STREET • NEWTON, MA 02464-1051
TEL 617-964-1886 • FAX 617-964-7827
WWW.JOSEPHFINN.COM

## APPRAISAL DEFINITION

### FORCED LIQUIDATION (AUCTION) VALUE

#### SOURCE:  STANDARD AND PROCEDURES OF
#### PROFESSIONAL APPRAISAL ETHICS AND PRACTICE
#### ASSOCIATION OF MACHINERY AND EQUIPMENT APPRAISERS

We define *Forced Liquidation (Auction) Value*  as a professional opinion of the estimated most probable price expressed in terms of currency which could typically be realized at a properly advertised and conducted public auction sale, held under forced sale conditions and under present day economic trends, as of the effective date of the appraisal report.  Conclusions taken into consideration are physical location, difficulty of removal, physical condition, adaptability, specialization, marketability, overall appearance and psychological appeal.  Further, the ability of the asset group to draw sufficient prospective buyers to insure competitive offers is considered.  All assets are to be sold on a piecemeal basis "as is" with purchasers responsible for removal of assets at their own risk and expense.  Any deletions or additions to the total assets appraised could change the psychological and/or monetary appeal necessary to gain the price indicated.

# JOSEPH FINN CO., INC.

## *Auctioneers & Appraisers*

188 NEEDHAM STREET • NEWTON, MA 02464-1051
TEL 617-964-1886 • FAX 617-964-7827
WWW.JOSEPHFINN.COM

## APPRAISAL DEFINITION

### ORDERLY LIQUIDATION VALUE

#### SOURCE:  STANDARD AND PROCEDURES OF
#### PROFESSIONAL APPRAISAL ETHICS AND PRACTICE
#### ASSOCIATION OF MACHINERY AND EQUIPMENT APPRAISERS

We define *Orderly Liquidation Value* as a professional opinion of the estimated most probable price expressed in terms of currency which the subject equipment could typically realize at a privately negotiated sale, properly advertised and professionally managed, by a seller obligated to sell over an extended period of time, usually within six to twelve months, as of the effective date of the appraisal report.  Further, the ability of the asset group to draw sufficient prospective buyers to insure competitive offers is considered.  All assets are to be sold on a piecemeal basis "as is" with purchasers responsible for removal of assets at their own risk and expense.   Any deletions or additions to the total assets appraised could change the psychological and/or monetary appeal necessary to gain the value indicated.

# JOSEPH FINN CO., INC.

## *Auctioneers & Appraisers*

188 NEEDHAM STREET • NEWTON, MA 02464-1051
TEL 617-964-1886 • FAX 617-964-7827
WWW.JOSEPHFINN.COM

## APPRAISAL DEFINITION

### MARKET (FAIR MARKET) VALUE

#### SOURCE:  STANDARD AND PROCEDURES OF
#### PROFESSIONAL APPRAISAL ETHICS AND PRACTICE
#### ASSOCIATION OF MACHINERY AND EQUIPMENT APPRAISERS

We define *Market (Fair Market) Value* as a professional opinion of the estimated most probable price expressed in terms of currency to be realized for property in an exchange between a willing buyer and a willing seller, with equity to both, neither being under any compulsion to buy or sell, and both parties fully aware of all relevant facts as of the effective date of this appraisal report.

# JOSEPH FINN CO., INC.

## *Auctioneers & Appraisers*

188 NEEDHAM STREET • NEWTON, MA 02464-1051
TEL 617-964-1886 • FAX 617-964-7827
WWW.JOSEPHFINN.COM

## APPROACHES TO VALUE

### *Market Approach*

One of the three recognized approaches used in appraisal analysis, this approach involves the collection of market data pertaining to the subject assets being appraised.  This approach is also known as the "Comparison Sales Approach."  The primary intent of the market approach is to determine the desirability of the assets and recent sales or offerings of similar assets currently on the market in order to arrive at an indication of the most probable selling price for the assets being appraised.  If the comparable sales are not exactly similar to the asset being appraised, adjustments must be made to bring them as closely in line as possible with the subject property.

### Cost Approach

One of the three recognized approaches used in appraisal analysis, this approach is based on the proposition that the informed purchaser would pay no more for a property than the cost of producing a substitute property with the same utility as the subject property.  It considers that the maximum value of a property to a knowledgeable buyer would be the amount currently required to construct or purchase a new asset of equal utility.  When subject asset is not new, the current cost must be adjusted for all forms of depreciation as of the effective date of the appraisal.

### Income Approach

One of the three recognized approaches used in appraisal analysis, this approach considers value in relation to the present worth of future benefits derived from ownership and is usually measured through the capitalization of a specific level of income.  This approach is the least common approach used in the valuation of machinery and equipment since it is difficult to isolate income attributable to such assets.

Depreciation

Defined as the actual loss in value or worth of a property from all causes including those resulting from physical deterioration, functional obsolescence, and economic obsolescence.

### PHYSICAL DETERIORATION

A form of depreciation where the loss in value or usefulness of an asset is attributable solely to physical causes such as wear and tear and exposure to the elements.

### FUNCTIONAL OBSOLESCENCE

A form of depreciation where the loss in value is due to factors inherent in the property itself and due to changes in design, or process resulting in inadequacy, over capacity, excess construction, lack of functional utility, or excess operating costs.

### ECONOMIC OBSOLESCENCE

A form of depreciation or loss in value, caused by unfavorable external conditions.  These can include such things as the economics of the industry, availability of financing, loss of material and labor sources, passage of new legislation, and changes in ordinances.

# JOSEPH FINN CO., INC.

## *Auctioneers & Appraisers*

188 NEEDHAM STREET • NEWTON, MA 02464-1051
TEL 617-964-1886 • FAX 617-964-7827
WWW.JOSEPHFINN.COM

## SCOPE OF WORK

The Scope of Work performed for this appraisal included research and analysis.

The type and extent of research utilized in developing this opinion of value may include, but is not limited to, the collection of data from the following sources: equipment dealers involved with comparable equipment, new equipment manufacturers, auctioneers, liquidators, equipment brokers, industry and in-house data bases, trade journals and industry publications.

The analysis included application of the appraiser's experience in the purchase, sale and appraisal of capital goods as applied to the information developed during the research phase in order to arrive at valuation conclusions

# JOSEPH FINN CO., INC.

## *Auctioneers & Appraisers*

188 NEEDHAM STREET • NEWTON, MA 02464-1051
TEL 617-964-1886 • FAX 617-964-7827
WWW.JOSEPHFINN.COM

## STATEMENT OF CONDITIONS

All facts and data set forth in this report are based upon an estimate of value only and are true and accurate to the best of the appraiser's knowledge and belief.

No investigation has been made into the title to the property and all items listed are assumed to be the property of the subject company.

No consideration has been given to liens or encumbrances which may be against the property other than those discussed in this report.

I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.

The appraised property has been personally inspected unless otherwise stated.

This appraisal has been made in accordance with accepted appraisal practices and in accordance with the Association of Machinery and Equipment Appraisers *Standards and Procedures of Professional Appraisal Ethics and Practice* and the *Uniform Standards of Professional Appraisal Practice* and reflects the best judgment of the appraiser. When appropriate, new and used equipment dealers have been consulted for comparable prices; and catalogs, trade publications, and comparative results of auction sales have been utilized.

Information provided by others has been assumed to be correct for the purposes of this report and no responsibility is taken for the accuracy of same.

Since conclusions by the appraiser are based upon judgments, isolation of any single element as the sole basis of comparison to the whole appraisal may be inaccurate.

The fees for this appraisal are not contingent upon values reported.

Consideration for possible environmental hazards from any source goes beyond the scope of this appraisal.

It is assumed that there are no hidden or unapparent conditions of the equipment which would render it more or less valuable.

Other limitations or assumptions, if any, are clearly defined and individually set out at that point relating to the subject.

The appraiser is not required to give testimony, be present in any court of law, or appear before any commission or board by reason of this appraisal, unless prior arrangements have been made.

## E & M Bindery & Finishing Equipment List

| Description | Year | Model # | S/N | FLV 2025 | OLV 2025 | FMV 2025 |
|---|---|---|---|---|---|---|
| **Cutting** | | | | | | |
| 54" Polar Cutter w/ Joggers and Transomat | 2001 | 137ED | 7141001 | $ 17,500.00 | $ 20,000.00 | $ 25,000.00 |
| 45" Polar Cutter | 1990 | 115 EMC | 5831618 | $ 2,750.00 | $ 3,500.00 | $ 6,500.00 |
| 54" Polar Cutter w/ Joggers and Transomat | 2000 | 137ED | 7641343 | $ 17,500.00 | $ 20,000.00 | $ 25,000.00 |
| Polar Jogger | 2006 | RA-4 | 7093231 | $ 5,000.00 | $ 7,500.00 | $ 9,500.00 |
| Transomat Off Loader | 1997 | 2ER110-4 | 6793068 | $ 6,000.00 | $ 7,500.00 | $ 9,000.00 |
| Prism Off Loader | 2021 | LG-2 | 1427 | $ 10,000.00 | $ 14,500.00 | $ 17,500.00 |
| Schneider Senator - Profi | 1996 | Profi-Line 0077 | P-6659027 | $ 1,000.00 | $ 1,250.00 | $ 2,500.00 |
| Polar Jogger | N/A | RB5 | 5981209 | $ 1,500.00 | $ 2,500.00 | $ 3,500.00 |
| | | | | | | |
| **Joggers** | | | | | | |
| Jogger IS | 1975 | PLI3040R | 8 8380 | $ 350.00 | $ 500.00 | $ 600.00 |
| Jogger IS | 1975 | APi722 | 6 840 2 | $ 350.00 | $ 500.00 | $ 600.00 |
| Jogger IS | 1976 | APi722 | 51133 | $ 350.00 | $ 500.00 | $ 600.00 |
| Jogger IS | 1980 | APi724 | 8 1050 | $ 400.00 | $ 550.00 | $ 700.00 |
| Jogger IS | 1980 | AP28 | 8140 | $ 400.00 | $ 550.00 | $ 700.00 |
| Jogger IS | 1980 | API | No Plate | $ 400.00 | $ 550.00 | $ 700.00 |
| Jogger IS | 1982 | APi724 | 6 7085 | $ 400.00 | $ 550.00 | $ 700.00 |
| Jogger IS | 1982 | APi724 | 6 2163 | $ 400.00 | $ 550.00 | $ 700.00 |
| Jogger IS | 1975 | AP28 | 9184 | $ 350.00 | $ 500.00 | $ 600.00 |
| Brakkett Jogger | N/A | 20 | 806 | $ 300.00 | $ 375.00 | $ 450.00 |
| Brakkett Jogger | N/A | 15 | 5153 | $ 300.00 | $ 375.00 | $ 450.00 |
| Brakkett Jogger | N/A | 15 | 2946 | $ 300.00 | $ 375.00 | $ 450.00 |
| Brakkett Jogger | N/A | JN102 | 159212499 | $ 300.00 | $ 375.00 | $ 450.00 |
| | | | | | | |
| **Saddle Stitching** | | | | | | |
| Muller 335 Saddlestitcher w/ 6 Pockets, 4th & 5th Knife & Cover Feeder & Apollo Stacker | | 335 | 99.10109 C259 | $ 11,000.00 | $ 15,000.00 | $ 17,500.00 |
| Bravo T Saddlestitcher w/ 6 Pockets, 4th and 5th Knife & Cover Feeder | 2000 | 380.04 | MMZ0 321 440 | $ 15,000.00 | $ 22,500.00 | $ 27,500.00 |
| Primera C130 Stitcher w/ 7 Pockets, 4 Cover Feeders | 2012 | Primera C130 | MMZ01770149 | $ 125,000.00 | $ 155,000.00 | $ 175,000.00 |
| Muller Apollo Stacker Feeders, & 4th & 5th Knife & Stacker | 2011 | 1540-0410 | NN55930 | $ 6,500.00 | $ 8,000.00 | $ 11,000.00 |
| 18 Mini Deluxe DB45 Stitching Heads | | | | $ 9,000.00 | $ 18,000.00 | $ 27,000.00 |
| Rima Systems Stackers | 2003 | 25101 2S | 107405-01 | $ 2,500.00 | $ 3,000.00 | $ 3,750.00 |

## E & M Bindery & Finishing Equipment List

| Description | Year | Model # | S/N | FLV 2025 | OLV 2025 | FMV 2025 |
|---|---|---|---|---|---|---|
| Muller Martini Stacker | | 310-14 | 944971 | $ 900.00 | $ 1,100.00 | $ 1,500.00 |
| Muller Martini Apollo Stacker | 2000 | 1540 | NN6206 | $ 3,500.00 | $ 5,000.00 | $ 6,500.00 |
| Wire & Parts | | | | $ 3,000.00 | $ 6,000.00 | $ 7,500.00 |
| 10 Regular Muller Martini Heads | | | | $ 3,000.00 | $ 5,000.00 | $ 10,000.00 |
| Bostitch Hand Stitchers | | 7 | 3555V | $ 500.00 | $ 750.00 | $ 1,100.00 |
| Acme 4 headed Hand Stitchers Saddle or Flat | 1985 | P | 37 | $ 500.00 | $ 750.00 | $ 1,100.00 |
| **Perfect Binding** | | | | | | |
| Muller Martini Star Binder w/ Crash Feeder and Double Nipper/Merit Trimmer | | 3006 | 3006.9010.99 | | | |
| Merit Trimmer | | 3671 | 94.0145) | | | |
| Nordson BM200 PUR Drum Unloader | 2000 | BM200-65K52M1/XXXX | LU01i0715) | | | |
| Nordson EP48 Application Slotted PUR Head | 2000 | EP-48 | LU07110674) | $ 75,000.00 | $ 85,000.00 | $ 95,000.00 |
| Nordson DURA Blue 50 | 1998 | DD8072845 | | | | |
| Nordson PUR Drum Unloader | 2006 | 8063438 | LU12C00991) | | | |
| Knives & Parts | | | | | | |
| **Folders** | | | | | | |
| MBO B26 6/6/ Plate Folder | | B26-E-1-26/4 | 9550 | $ 9,000.00 | $ 12,000.00 | $ 17,000.00 |
| MBO B26 6/6/ Plate Folder | | B26-C | 9550 | | | |
| MBO B26 6/6/ Plate Folder | | B26-E-1-26/6 | 15650 | $ 11,000.00 | $ 14,000.00 | $ 19,000.00 |
| MBO B30 6/4/4/ Plate Folder | | B30-S | 16536 | $ 13,000.00 | $ 16,000.00 | $ 21,000.00 |
| MBO B26S 4/4/4/ Plate Folder | 1998 | B26S-C | 16254 | $ 12,000.00 | $ 15,000.00 | $ 20,000.00 |
| MBO B26S 4/4/4/ Plate Folder | 1998 | B26S-C | 16254 | | | |
| MBO B26 6/6/ Plate Folder | | B26C | P2505 | $ 9,000.00 | $ 12,000.00 | $ 17,000.00 |
| MBO B30 - S-C 6/6/ Plate Folder & Right Angle 8PG | | B30 A-1-30/6 | 15258 | | | |
| MBO B30 6/6/ Plate Folder | | B30 A-1-30/6 | 14372 | $ 10,000.00 | $ 13,000.00 | $ 18,000.00 |
| MBO B30 6/6/ Plate Folder | | B30-A-C | 14372 | | | |
| MBO B30 6/6/ Plate Folder | | B30-A-C | 16211 | $ 7,500.00 | $ 9,000.00 | $ 15,000.00 |
| Stahl 30" Folder | | RD-78-T | 9449-1 | $ 2,500.00 | $ 3,750.00 | $ 4,750.00 |

## E & M Bindery & Finishing Equipment List

| Description | Year | Model # | S/N | FLV 2025 | OLV 2025 | FMV 2025 |
|---|---|---|---|---|---|---|
| Stahl 26" Folder | | 48849 | TF56.3/4/4 FN | $ 1,000.00 | $ 2,000.00 | $ 3,500.00 |
| MBO Knife Folder | 2000 | Z-2 | G 7444 | $ 2,500.00 | $ 3,500.00 | $ 5,000.00 |
| MBO Knife Folder | 2000 | Z-2 | 81021 | $ 2,500.00 | $ 3,500.00 | $ 5,000.00 |
| MBO Gate Plate Ides | | | | $ 1,000.00 | $ 1,750.00 | $ 2,500.00 |
| MBO Split Guides | | 2 | | $ 400.00 | $ 600.00 | $ 900.00 |
| Vertical Stacker | | SAP 46L | 81930347 | $ 650.00 | $ 1,500.00 | $ 2,500.00 |
| Stahl | | RI-55 | 250699-286739 | $ 4,000.00 | $ 6,000.00 | $ 8,000.00 |
| Stahl | | RI-55 | 250707-287751 | $ 4,000.00 | $ 6,000.00 | $ 8,000.00 |
| Stahl | | RI-55.1 | 251746-306713 | $ 4,000.00 | $ 6,000.00 | $ 8,000.00 |
| Stahl Hevey Score/Slit | 2000 | MWS-78-RE.D | 704186 | $ 1,000.00 | $ 2,500.00 | $ 4,000.00 |
| Stahl | N/A | TF56 | N/A | $ 300.00 | $ 500.00 | $ 900.00 |
| Stahl | | TD30 | N/A | $ 2,500.00 | $ 4,000.00 | $ 6,000.00 |
| Stahl B1430B-6 | | 1430B-C-3 | 160UE0011 | $ 3,000.00 | $ 4,500.00 | $ 7,000.00 |
| Stahl B-30 4/4 | | B30-S-C | 15258 | $ 2,000.00 | $ 3,000.00 | $ 4,000.00 |
| Stahl | | B30S-2-26/4 | 16307 | $ 750.00 | $ 1,250.00 | $ 2,000.00 |
| Stahl | | RD 78-T | 94491-252046 | $ 1,000.00 | $ 1,750.00 | $ 2,500.00 |
| Stahl | | Knife VFZ-43 | 43457-17924 | $ 1,000.00 | $ 1,500.00 | $ 2,500.00 |
| Stahl | | Knife VFZ-43 | | $ 1,000.00 | $ 1,500.00 | $ 2,500.00 |
| | | | | | | |
| **Stamp Emboss & Die Cutting** | | | | | | |
| Bobst Die Cutter SA 28 x 40 | 1979 | SP 102 | 0571 006 01 | $ 7,500.00 | $ 17,500.00 | $ 25,000.00 |
| Bobst Die Cutter SP 102-E 28 x 40 | 1998 | SP 102 EII | 5320046003 | $ 55,000.00 | $ 75,000.00 | $ 95,000.00 |
| Kluge 14 x 22 Stamper/Emboss & Die Cutter | | | | $ 7,500.00 | $ 9,500.00 | $ 15,000.00 |
| Thomphson 22 x 32 | 1985 | Style 6 | 13718 | $ 3,000.00 | $ 3,500.00 | $ 5,000.00 |
| C & P Semi feed Foil Stamp & Die Cutter | | | | $ 450.00 | $ 600.00 | $ 750.00 |
| PMC Hi-Die Semi Auto | | M-200-B7 | | $ 7,500.00 | $ 9,000.00 | $ 11,000.00 |
| PMC Hi-Die Semi Auto | | | | $ 7,500.00 | $ 9,000.00 | $ 11,000.00 |
| | | | | | | |
| **Glueing & Folding** | | | | | | |
| 40" Moll Bottom Feeder | 2015 | 26-55-6190CE | BF1012-40-15 | $ 27,500.00 | $ 32,500.00 | $ 37,500.00 |
| Moll Versa Fold | | Versa Fold | 460 | | | |
| 40" Moll Bottom Feeder | 2020 | 08-11041CE | PSC36-100620 | $ 32,500.00 | $ 37,500.00 | $ 42,500.00 |
| Moll Versa Fold | | 26-558190CE | 141 | | | |
| 27" Moll Bottom Feeder | | Dial A Feed-B | 558 | $ 13,000.00 | $ 22,500.00 | $ 29,000.00 |
| Moll Versa Fold | | | | | | |
| 27" Marathon Pile Feeder | | Marathon-DF | 1112 | $ 8,000.00 | $ 9,000.00 | $ 1,000.00 |
| Moll Versa Fold | | | | | | |

Page 3 of 7

## E & M Bindery & Finishing Equipment List

| Description | Year | Model # | S/N | FLV 2025 | OLV 2025 | FMV 2025 |
|---|---|---|---|---|---|---|
| 27" Regal Pile Feeder | | 26-47-4718CE | NPS1073-15 | $ 7,500.00 | $ 11,000.00 | $ 13,500.00 |
| All with Versa Folds and Extra Tooling | | | | | | |
| Nordson Pro Blue 10 with 6 Heads & Controler w/ Parts | 2005 | Pro Blue 10 | 11000377 | $ 3,000.00 | $ 4,000.00 | $ 6,000.00 |
| Nordson Pro Blue 7 with 4 Heads & Controler w/ Parts | 2005 | Pro Blue 7 | SA13J98047 | $ 2,750.00 | $ 3,500.00 | $ 4,750.00 |
| Nordson Pro Blue 10 with 6 Heads & Controler w/ Parts | 2007 | Pro Blue 10 | | $ 3,000.00 | $ 4,000.00 | $ 6,000.00 |
| Nordson Pro Blue 6 with 4 Heads & Controler w/ Parts | 2007 | Pro Blue 10 | | $ 2,750.00 | $ 3,500.00 | $ 4,750.00 |
| Nordson Pro Blue 10 with 6 Heads & Controler w/ Parts | 2010 | Pro Blue 10 | 77572 | $ 3,000.00 | $ 4,000.00 | $ 6,000.00 |
| ITW Dyanateck 4 heads hotmelt 2002 | 2002 | | | $ 1,750.00 | $ 3,000.00 | $ 4,000.00 |
| Multi-Feeder MFT350 IP | | MFT-350 V | 1139-08550 | $ 3,500.00 | $ 4,500.00 | $ 6,000.00 |
| Multi-Feeder MFT350 IP | | MFP 350 IP | 0712-06395 | $ 3,500.00 | $ 4,500.00 | $ 6,000.00 |
| Multi-Feeder MFT250 IP | | MFP 250 IP | 0929-08223 | $ 3,000.00 | $ 4,000.00 | $ 5,500.00 |
| Multi-Feeder MFT250 IPV3 | | | | $ 3,000.00 | $ 4,000.00 | $ 5,500.00 |
| Multi-Feeder MFT250 IP | | MFP 250 IP | 2003-10056 | $ 3,500.00 | $ 4,500.00 | $ 6,000.00 |
| Multi-Feeder MFT350 IP | | MFT-350 | 0615-07243 | $ 3,500.00 | $ 4,500.00 | $ 6,000.00 |
| 2-Double Wide Batch Counting Conveyor Tables | | | | $ 3,500.00 | $ 5,000.00 | $ 6,000.00 |
| Kirk Rudy 215 Accu Card Tipping w/ Batching conveyor ... | | 203P | | $ 4,500.00 | $ 6,500.00 | $ 8,500.00 |
| Kirk Rudy 215 Accu Card Tipping Doubble Headed w/ Batching conveyor | | 203PP | | $ 5,000.00 | $ 7,000.00 | $ 9,000.00 |
| **Shrink Wraps** | | | | | | |
| Shanklin HS1 Auto Shrinkwrapper | 2000 | HS1 | H9913 | $ 7,500.00 | $ 12,000.00 | $ 15,000.00 |
| Shanklin T-62 Double Oven Tunnel | 2000 | T-62 | T-99268 | $ 2,250.00 | $ 3,000.00 | $ 4,500.00 |
| Shanklin F1A Auto Shrinkwrapper | 1990 | F1A | | $ 4,000.00 | $ 6,000.00 | $ 7,500.00 |
| Shanklin SW Tunnel | | T-7XL | | $ 1,750.00 | $ 2,500.00 | $ 4,000.00 |
| Shanklin SW Tunnel | 1992 | T-6XLT | 94317 | $ 1,250.00 | $ 2,000.00 | $ 3,000.00 |
| Shanklin Semi-Auto Shrinkwrapper | 1995 | 4264 | 49567 | $ 3,750.00 | $ 4,750.00 | $ 6,500.00 |
| Conflex Semi-Auto Shrinkwrapper w/ Tunnel | | E-250AHA | 2563100 | $ 4,500.00 | $ 7,500.00 | $ 9,500.00 |
| Garrido Semi-auto Shrinkwrapper w/ Tunnel | 2019 | | | $ 2,500.00 | $ 3,750.00 | $ 6,000.00 |
| Clamco Semi Auto Hand Shrinkwrappers | 2005 | 120 | 5211 | $ 1,250.00 | $ 1,750.00 | $ 2,500.00 |
| Clamco Semi Auto Hand Shrinkwrappers | 2005 | 120 | 5298 | $ 1,250.00 | $ 1,750.00 | $ 2,500.00 |
| Clamco Semi Auto Hand Shrinkwrappers | 2004 | 120 | 4998 | $ 1,250.00 | $ 1,750.00 | $ 2,500.00 |

## E & M Bindery & Finishing Equipment List

| Description | Year | Model # | S/N | FLV 2025 | OLV 2025 | FMV 2025 |
|---|---|---|---|---|---|---|
| Beseler SW Tunnel | 1980 | T-15-9 | 577280 | | $ 1,500.00 | $ 2,250.00 |
| Sergeant L-Sealer | 1980 | 1620-C | 34006 | $ 500.00 | $ 750.00 | $ 900.00 |
| **Mailing & Ink Jet** | | | | | | |
| DPI-Hawk M6 | | | | $ 25,000.00 | $ 37,500.00 | $ 45,000.00 |
| BUSKRO BK731 Tabber & Wafer Sealers | 2004 | BK731 | 7311204167 | $ 4,500.00 | $ 6,500.00 | $ 8,500.00 |
| Buskro BK730 Tabber & Wafer Sealers | 2002 | BK730 | | $ 2,500.00 | $ 5,000.00 | $ 7,000.00 |
| Kirk Rudy Shuttle Feed Base | | | | | | |
| Macorini Stream Feed Base | | | | | | |
| HP 8 Headded inkjet Base /w/ Batching Conveyor | | | | $ 4,000.00 | $ 6,000.00 | $ 8,500.00 |
| HP 8headdedInkjet, Bases & Batching Conveyors Shuttle & Stream feed | | | | $ 3,500.00 | $ 5,500.00 | $ 8,000.00 |
| Lable Aire Lable Affixing Heads & Bases | | 3111 | 293210711 | $ 1,250.00 | $ 1,750.00 | $ 2,500.00 |
| Lable Aire Lable Affixing Heads & Bases | | 3111 | 293210715 | $ 1,250.00 | $ 1,750.00 | $ 2,500.00 |
| Lable Aire Lable Affixing Heads & Bases | | 211M | 10291906 | $ 1,250.00 | $ 1,750.00 | $ 2,500.00 |
| Lable Aire Lable Affixing Heads & Bases | | 211M | 228370209 | $ 1,250.00 | $ 1,750.00 | $ 2,500.00 |
| 6 Pocket Inserter | | | | $ 800.00 | $ 1,250.00 | $ 2,000.00 |
| **Collating** | | | | | | |
| DIDDIE 24 STATION COLLATOR | 1983 | GA-64-B16 | 20-599 | $ 1,000.00 | $ 2,000.00 | $ 3,000.00 |
| DIDDIE 16 STATION COLLATOR | 1980 | GA-64-B16 | 20-358 | $ 1,000.00 | $ 2,000.00 | $ 3,000.00 |
| DIDDIE 20 STATION COLLATOR | 1984 | GA-64-B20 | 20-360 | $ 1,000.00 | $ 2,000.00 | $ 3,000.00 |
| DIDDIE 20 STATION COLLATOR | 1985 | GA-64-B20 | 20-422 | $ 1,000.00 | $ 2,000.00 | $ 3,000.00 |
| 4 Stitching Units for Corner Stitching | | | | $ 800.00 | $ 1,250.00 | $ 2,000.00 |
| **Mechanical Binding - Spiral, Wire-O, Plastic Coil** | | | | | | |
| Rilecart B596 Wire-O Binder | 1992 | B596 | 9201516 | $ 7,500.00 | $ 15,000.00 | $ 18,000.00 |
| Rilecart B599 Wire-O Binder | 2012 | B599 | 1234567 | $ 25,000.00 | $ 32,500.00 | $ 40,000.00 |
| Rilcart DP4500 & B599 Punch & Bind | 2005 | DP-400 & B599 | P0118/B9-0158 | $ 65,000.00 | $ 100,000.00 | $ 185,000.00 |
| Rilcart Cover Flipper | 2007 | CF-24 | RF204 | $ 4,500.00 | $ 7,500.00 | $ 9,500.00 |
| Renz Auto Bind | 1975 | Autobind | 104 | $ 1,500.00 | $ 2,750.00 | $ 3,750.00 |
| James Burn BB43H Wire-O | 2004 | BB43H | 5058N | $ 5,500.00 | $ 7,500.00 | $ 10,000.00 |
| James Burns Lhermite EX-380 Auto Punch | 1999 | EX380 | 7 | $ 6,500.00 | $ 8,000.00 | $ 9,500.00 |
| James Burns Lhermite EX-380 Auto Punch | 2002 | EX380 | 69 | $ 7,000.00 | $ 9,500.00 | $ 10,000.00 |
| James Burns Lhermite EX-380 Auto Punch | 2000 | EX380 | 42 | $ 7,000.00 | $ 9,500.00 | $ 10,000.00 |

## E & M Bindery & Finishing Equipment List

| Description | Year | Model # | S/N | FLV 2025 | OLV 2025 | FMV 2025 |
|---|---|---|---|---|---|---|
| James Burns Lhermite EX-610 Auto Punch W/board feeder | 2000 | EX610 | 38 | $ 12,500.00 | $ 17,500.00 | $ 22,500.00 |
| 14 - EX-380 Dies | | | | $ 7,000.00 | $ 10,500.00 | $ 14,000.00 |
| 4 EX610 Dies | | | | $ 3,000.00 | $ 4,000.00 | $ 6,000.00 |
| JBI EPX-710 Hand Punch 24" | 1995 | EPX-700 | 95 | $ 1,500.00 | $ 22,500.00 | $ 3,000.00 |
| JBI Closer 24" | 1988 | CM61H | 924 | $ 500.00 | $ 900.00 | $ 1,250.00 |
| Spiral Closer 24" | 2000 | 105-1 | 178 | $ 300.00 | $ 600.00 | $ 850.00 |
| SBI 36" Hand Punch | 1990 | SP-36 | | $ 1,500.00 | $ 2,000.00 | $ 2,750.00 |
| Nussbaum Hand Punch | 1977 | | 106A | $ 200.00 | $ 350.00 | $ 500.00 |
| Gateway Coil Binder | 2005 | PBS3000 | 4097 | $ 5,500.00 | $ 11,000.00 | $ 14,000.00 |
| Gateway Coil Binder | 2008 | PBS3000 | 4206 | $ 5,500.00 | $ 11,000.00 | $ 14,000.00 |
| 2 Lawson Heavy Duty Paper Drills | | | | $ 2,000.00 | $ 3,200.00 | $ 4,000.00 |
| 8-GBC Comb Binders | 1980 | GBC | | $ 200.00 | $ 800.00 | $ 1,500.00 |
| Marlon Coil Crimper Cutter | 2012 | 350 | A1237 | $ 800.00 | $ 1,100.00 | $ 1,500.00 |
| Challenge 2 headded Round Corner Machine | | | | $ 2,000.00 | $ 3,500.00 | $ 5,000.00 |
| Challenge Round corner Machine | 1999 | SCM | 1428 | $ 1,500.00 | $ 2,750.00 | $ 3,500.00 |
| **Misc. Equipment** | | | | | | |
| Misc. Equipment | | | | | | |
| 2 Fork Propane Trucks | | | | $ 8,000.00 | $ 10,000.00 | $ 12,000.00 |
| 2 Crown Walkie Trucks | | | | $ 1,500.00 | $ 2,000.00 | $ 2,500.00 |
| Old Electric Truck | | | | $ 500.00 | $ 750.00 | $ 1,000.00 |
| 2 Bunn Tying Machines | | | | $ 600.00 | $ 800.00 | $ 1,200.00 |
| Sweed Steel Cutter/Chopper | | | | $ 1,500.00 | $ 2,000.00 | $ 2,500.00 |
| Bailmaster 3000 Auto 5-Wire Baler | | | | $ 12,000.00 | $ 15,000.00 | $ 22,500.00 |
| SanSep Dust Collector | | | | $ 2,500.00 | $ 3,000.00 | $ 5,000.00 |
| Vertical Bailer | 2000 | | | $ 2,000.00 | $ 2,500.00 | $ 3,500.00 |
| Mattei AC 45 LX Air Compressor | 2006 | GEMCDSX5AB | | $ 3,500.00 | $ 4,000.00 | $ 6,000.00 |
| Mattei RDV 45 LX Air Compressor | 2024 | RDV 45 | | $ 30,000.00 | $ 37,500.00 | $ 45,000.00 |
| Kaser 20 HP | 2000 | | | $ 5,000.00 | $ 6,000.00 | $ 8,000.00 |
| Sullaire Dryer | SRB300 | 022500267-998 | | $ 2,500.00 | $ 3,000.00 | $ 4,000.00 |
| Sullaire Compressor 50 HP | 2000 | Model 12 - 50 | | $ 2,000.00 | $ 2,500.00 | $ 3,500.00 |
| Misc. Hand Stitchers, Compressor, Spare Parts, Hand Trucks & Pallet Racks | | | ) | $ 7,500.00 | $ 9,000.00 | $ 12,500.00 |
| **Machine Shop** | | | | | | |
| Victor Layth | | 1340GHE | D9610-0917R | $ 2,000.00 | $ 2,500.00 | $ 3,000.00 |

Page 6 of 7

## E & M Bindery & Finishing Equipment List

| Description | Year | Model # | S/N | FLV 2025 | OLV 2025 | FMV 2025 |
|---|---|---|---|---|---|---|
| Jet Milling Machine | | JTM-2 | 901206 | $ 500.00 | $ 700.00 | $ 1,000.00 |
| Lincoln Welder | | 10732 | V10220463086 | $ 300.00 | $ 400.00 | $ 600.00 |
| Glue Invetory | | | | Uncertian | Uncertian | Uncertian |
| Carton Invetory | | | | Uncertian | Uncertian | Uncertian |
| Invetory Cutting Knives 7 | | | | Uncertian | Uncertian | Uncertian |
| Invetory Trimmer Knives 12 | | | | Uncertian | Uncertian | Uncertian |
| Invetory Stitching Wire | | | | Uncertian | Uncertian | Uncertian |
| Frightliner Tanden Axle Truck | 2020 | M2106 | | $ 24,000.00 | $ 27,000.00 | $ 30,000.00 |
| | | | Total | $ 1,015,500.00 | $ 1,395,650.00 | $ 1,795,000.00 |

# JOSEPH FINN CO., INC.

*Auctioneers & Appraisers*

188 NEEDHAM STREET • NEWTON, MA 02464-1051
TEL 617-964-1886 • FAX 617-964-7827
WWW.JOSEPHFINN.COM

## STATEMENT OF QUALIFICATIONS

## ROSS J. FINN

I am currently Vice President of the Joseph Finn Co., Inc. and have been actively involved in the auctions and appraisals of machinery and equipment since 1979.

| | | |
|---|---|---|
| Member in Good Standing | - | *Massachusetts State Auctioneers Association* |
| Member in Good Standing And Certified Appraiser | - | *Association of Machinery and Equipment Appraisers* |
| Graduate of Suffolk University | - | *Bachelor of Science Degree in Business Administration* |
| Member in Good Standing | - | *Machinery Dealers National Assn.* |

In addition, I hold auctioneer's licenses in Massachusetts, Florida, New Hampshire, North Carolina, Alabama, and Vermont.

I have testified in the Bankruptcy Courts of Massachusetts as to the value of machinery and equipment.

## Senior Member
### Certified Machinery & Equipment Appraiser

*Recognition is hereby granted to*

# Ross Finn

#344

**By the AMEA for the period 10/01/2024 – 09/30/2025**

*In witness whereof, the said organization has caused this certificate to be signed by its duly authorized officers and its seal is to be affixed this 15th day of September A.D. 2024.*



David DiBenedetto, CEA
President



Robert Yeoman, CEA
Chair, Accreditation & Standards



# Appraisal Course Associates

Certifies that on Jan. 19, 2024

*Ross J. Finn*

Successfully completed the

7-Hour USPAP Update Course for
Personal Property Appraisers
(2024-2025 Version)

William M. Novotny, CAA, ISA AM
AQB-Certified National USPAP Course Instructor #44636

