**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:  (973) 325-1500 (Main)
                    (973) 530-2076 (Direct)
Fax:  (973) 325-1501
Sam Della Fera, Jr. (sdellafera@csglaw.com)
*Attorneys for WEA Enterprises Co., Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| E&M BINDERY, INC., | Case No. 25-22444 (SM) |
| Debtor. | Hearing Date:  June 23, 2026<br>at 11:00 a.m. |

**NOTICE OF MOTION TO DISALLOW PROOF OF CLAIM NO. 14
FILED BY GARY R. MARKOVITS**

**PLEASE TAKE NOTICE** that on June 23, 2026, at 11:00 a.m., WEA Enterprises Co., Inc. ("WEA"), by and through it undersigned counsel, shall move before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102, for entry of an order granting WEA's motion to disallow proof of claim no. 14 filed by Gary R. Markovits (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, WEA shall rely upon motion simultaneously filed herewith.  In accordance with D.N.J. LBR 9013-2, no brief is filed in support of the Motion.  A proposed Order granting the relief requested in the Motion is also being submitted herewith.

4937-2526-3533.v1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to D.N.J. LBR 9013-1(f), in the event that an objection or other responsive pleading is filed to the Motion, oral argument is requested on the return date hereof.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with D.N.J. LBR 9013(a) and (d), opposition to the relief requested, and/or cross-motions, if any, shall be filed with the Clerk of the Bankruptcy Court and served upon all parties in interest at least seven (7) days before the hearing date of the Motion, or the Motion shall be deemed uncontested.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to D.N.J. LBR 9013-1(k), in the event the Motion is contested, there is a duty to confer to determine whether a consent order may be entered disposing of the Motion or to stipulate to the resolution of as many issues as possible.

**PLEASE TAKE FURTHER NOTICE** that the undersigned respectfully waives oral argument on the return date of the Motion absent the submission of objections thereto.

**CHIESA SHAHINIAN & GIANTOMASI PC**
*Attorneys for WEA Enterprises Co., Inc.*

By: _____ */s/ Sam Della Fera, Jr.*_____

Dated:  May 18, 2026                       Sam Della Fera, Jr.

2

4937-2526-3533.v1